UNITED STATES BANKRUPTCY COURT
DISTRICT OF _New Jersey_

In re ___Jerry A Nardella         Case No. _17-31934 (JKS)
    Debtor

## INITIAL MONTHLY OPERATING REPORT
### (SINGLE ASSET REAL ESTATE CASES)

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief

Substitute FORM IR-1 (RE) for IR-1 if case is a Single Asset Real Estate Case.
Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | | |
| Certificates of Insurance: | | |
|   Workers Compensation | | |
|   Property   Policy# 268-02-06-74H | Declarations Page | |
|   General Liability   Policy# 268-02-06-74U | CHUBB Summary | |
|   Vehicle   Policy# 268-02-06-74A | CHUBB Summary | |
|   Other: Valuables Policy# 268-02-06-74V | CHUBB Summary | |
| Evidence of Debtor in Possession Bank Accounts | | |
|   Tax Escrow Account | | |
|   General Operating Account DIP account#55686648 | Statement | |
|   Other: Old account#84495049 | Statement | |
|   Other: | | |

The old Jerry A Nardella account#84495049 will be closed when my Social Security Autodeposit
and the Medicare deduction are transferred to the new account.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_Jerry A Nardella_        12/18/17
Signature of Debtor        Date

_____        _____
Signature of Joint Debtor        Date

_____        _____
Signature of Authorized Individual*        Date

_____        _____
Printed Name of Authorized Individual        Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM IR (RE)
(9/99)

**CHUBB**      Platinum Portfolio®

POLICY NUMBER: REDACTED

## POLICY SUMMARY - POLICY CHANGES MADE AS OF 11/09/2017

Policy issued by **ATLANTIC EMPLOYERS INSURANCE COMPANY** - a stock insurance company, 10 Exchange Place, Jersey City, NJ 07302.

**NAMED INSURED:**

JERRY NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR    NJ    07042-1733

**AGENT OR BROKER:**

HUB INTERNATIONAL NORTHEAST LIMITED
180 RIVER RD
FL 2
SUMMIT    NJ    07901-1449
Telephone: (908) 790-6800
PRODUCER CODE: 18-8063

This package contains an update to your Insurance Policy. Your bill will be mailed under separate cover.

| COVERAGE | POLICY NUMBERS | EFFECTIVE DATES | PREMIUMS |
|---|---|---|---|
| HOME | REDACTED | 05/08/2017 - 05/08/2018 | $ 10,602.23 |
| AUTO | REDACTED | 05/08/2017 - 05/08/2018 | $ 3,434.48 |
| UMBRELLA | REDACTED | 05/08/2017 - 05/08/2018 | $ 847.05 |
| VALUABLES | | 05/08/2017 - 05/08/2018 | $ 325.94 |

10% PACKAGE CREDIT APPLIED TO NEW JERSEY LOCATION(S)
NOTE: $5.00 INSTALLMENT CHARGE IS ASSESSED PER INSTALLMENT BILLED

CHUBB                      Platinum Portfolio®

POLICY NUMBER:        REDACTED                                                              H 0117

# HOME DECLARATIONS PAGE

Policy issued by **ATLANTIC EMPLOYERS INSURANCE COMPANY** - a stock insurance company, 10 Exchange Place, Jersey City, NJ 07302.

**NAMED INSURED:**

JERRY NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR          NJ    07042-1733

**AGENT OR BROKER:**

HUB INTERNATIONAL
NORTHEAST LIMITED
180 RIVER RD
FL 2
SUMMIT                NJ    07901-1449
Telephone: (908) 790-6800

Policy Period From: 05/08/2017    To: 05/08/2018    12:01 A.M. standard time at the principal residence

POLICY CHANGES MADE AS OF 11/09/2017 . PLEASE ATTACH TO YOUR POLICY.
ADDITIONAL INSURED ENDORSEMENT ADDED

## COVERED LOCATIONS

**LOCATION 1**
40 S MOUNTAIN AVE

MONTCLAIR      NJ 07042-1733

1 FAMILY MASONRY    DWELLING
BUILT IN 1926  PRIMARY
COUNTY   ESSEX
TERRITORY 070
PROTECTION CLASS 002
BAND 16

## COVERAGE DESCRIPTION LIMITS                    LOCATION 1

| | |
|---|---:|
| DWELLING | 10,632,000 |
| OTHER STRUCTURES | 287,000 |
| PERSONAL PROPERTY | 2,873,000 |
| LOSS OF USE | INCLUDED |
| PERSONAL LIABILITY | 1,000,000 |
| MEDICAL EXPENSES | 50,000 |
| DEDUCTIBLE | 50,000 |

**TOTAL ANNUAL HOME PREMIUM**        $10,602.23

## Jerry Nardella

**From:** Levin, Boaz <boaz.levin@hubinternational.com>
**Sent:** Monday, November 13, 2017 11:02 AM
**To:** 'Kropiewnicki, Daniel (USTP)'; office@rainmakercapitalllc.com
**Cc:** ssherman@minionsherman.com; 'jnardella@rainmakercapitalllc.com'
**Subject:** RE: Request to be the additional insured on Jerry Nardella's homeowners policy

Mr. Kropiewnicki,

Please allow this to serve as confirmation that Jerry Nardella's homeowners policy is being endorsed effective November 9th, 2017 to add Office of the United States Trustee as the additional insured.

Sincerely,



**Boaz Levin**
Senior Account Executive – Private Client Services

HUB International Northeast
180 River Road, 2nd Floor
Summit, NJ 07901

**Office:** 908-790-6932
**Mobile:** 732-713-7386
**Claims:** 800-754-1116
**Fax:** 800-861-6512
boaz.levin@hubinternational.com
hubinternational.com

  

Confidentiality Notice: This electronic message, together with its attachments, if any, is intended to be viewed only by the individual to whom it is addressed. It may contain information that is privileged, confidential, protected health information and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

---

**From:** Kropiewnicki, Daniel (USTP) [mailto:Daniel.C.Kropiewnicki@usdoj.gov]
**Sent:** Monday, November 13, 2017 8:20 AM
**To:** Levin, Boaz; office@rainmakercapitalllc.com
**Cc:** ssherman@minionsherman.com; 'jnardella@rainmakercapitalllc.com'
**Subject:** RE: Request to be the additional insured on Jerry Nardella's homeowners policy

Mr. Levin,
Yes, please use the following address:

Office of the United States Trustee
One Newark Center, Suite 2100

1

In re: _____ Jerry A Nardella
Debtor

Case No. _____ 17-31934(JKS)
Reporting Period ___ 10/31/2017- 11/30/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 32,425.35 | |
| Jerry A Nardella account 5049 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 2667.14 | |
| **Total Receipts** | 3771.14 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance    Life Insurance | 4395.97 | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 1385.00 | |
| Medical Expenses | | |
| Household Expenses | 2068.33 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | 279.04 | |
| Travel and Entertainment | 222.21 | |
| Gifts | | |
| Other (attach schedule) | 28031.35 | |
| **Total Ordinary Disbursements** | 36381.90 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 36381.90 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -32610.76 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | -185.41 | |

FORM MOR-1(INDV)
(9/99)

In re _____ Jerry A Nardella  
        Debtor

Case No.___17-31934 (JKS)  
Reporting Period:_10/31/2017 - 11/30/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $1,000.00 | |
| Lincoln Life Insurance | $1,667.14 | |
| | | |
| **Other Taxes** | | |
| State of New Jersey - 2016NJ1040 Interest | $279.04 | |
| | | |
| **Other Ordinary Disbursements** | | |
| Rainmaker Capital of Wallington LLC | $6,425.00 | |
| Pen? ?arional Insurance | $260.75 | |
| Health Insurance | $528.50 | |
| Aetna H & L | $207.17 | |
| American Express | $2,982.37 | |
| American Express | $3,627.56 | |
| JAN DIP Account | $14,000.00 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

40 South Mountain Avenue                                                        12/18/2017 12:39 PM

Register: Valley National Bank 5049
From 10/31/2017 through 11/30/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/31/2017 | | Rainmaker Capital of... | Wallington Account | To Wallington... | 6,425.00 | X | | 26,000.35 |
| 10/31/2017 | 777 | Jerilyn Nardella | Jerilyn Nardella | reimburse Costco | 500.00 | X | | 25,500.35 |
| 11/01/2017 | | American Express | Jerry A Nardella | R4276 | 2,982.37 | X | | 22,517.98 |
| 11/01/2017 | 778 | John Kelly | Improvements | Partial Repair... | 390.00 | X | | 22,127.98 |
| 11/02/2017 | | AARP Health Options | Anthony Nardella | Dec-pmt AJN#... | 528.50 | X | | 21,599.48 |
| 11/02/2017 | | Penn National Insura... | Mary T Nardella | Ref306297 | 260.75 | X | | 21,338.73 |
| 11/03/2017 | | COSTCO WHSE | BUSINESS:Travel | Camero Busine... | 23.00 | X | | 21,315.73 |
| 11/03/2017 | | AETNA H & L INS... | Medical/Dental Expense | Ins Pmt | 207.17 | X | | 21,108.56 |
| 11/04/2017 | 779 | Cash Sale | Jerry A Nardella | cash to Jerry | 300.00 | X | | 20,808.56 |
| 11/04/2017 | 780 | All Seasons Property... | Maintenance | Landscaping | 500.00 | X | | 20,308.56 |
| 11/04/2017 | 781 | Cash Sale | Jerry A Nardella | cash to Jerry | 300.00 | X | | 20,008.56 |
| 11/13/2017 | | COSTCO WHSE | BUSINESS:Travel | Camero Busine... | 36.16 | X | | 19,972.40 |
| 11/15/2017 | | Social Security JAN | Social Security Admini... | JAN November... | | X | 1,104.00 | 21,076.40 |
| 11/15/2017 | | Nationwide Life Insu... | Life Insurance | Premium | 1,475.00 | X | | 19,601.40 |
| 11/17/2017 | | Asbury Park Parking | BUSINESS:Travel | parking | 2.00 | X | | 19,599.40 |
| 11/17/2017 | 782 | Frank Capria Plumbi... | Improvements | Fix Plumbing/u... | 495.00 | X | | 19,104.40 |
| 11/18/2017 | | American Express | Jerry A Nardella | R6720 | 3,627.56 | X | | 15,476.84 |
| 11/20/2017 | | COSTCO WHSE | BUSINESS:Travel | Travel Franklin... | 32.73 | X | | 15,444.11 |
| 11/20/2017 | | Jerry A Nardella DIP | Valley National Bank... | New Account | 14,000.00 | X | | 1,444.11 |
| 11/20/2017 | | Lincoln Financial Gr... | Life Insurance | Auto payment | 1,667.14 | X | | -223.03 |
| 11/20/2017 | 783 | Cash Sale | Jerry A Nardella | cash to Jerry | 400.00 | X | | -623.03 |
| 11/21/2017 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 1,000.00 | 376.97 |
| 11/22/2017 | | COSTCO WHSE | Miscellaneous | Food | 124.92 | X | | 252.05 |
| 11/24/2017 | | COSTCO WHSE | BUSINESS:Travel | Mercedes | 60.48 | X | | 191.57 |
| 11/26/2017 | 784 | Jerilyn Nardella | Miscellaneous | Reimb.Costco | 243.41 | X | | -51.84 |
| 11/27/2017 | | Lincoln Financial Gr... | Life Insurance | Return of Nov-... | | X | 1,667.14 | 1,615.30 |
| 11/27/2017 | | COSTCO WHSE | BUSINESS:Travel | Camero Travel | 35.14 | X | | 1,580.16 |
| 11/27/2017 | | John Hancock Insura... | Life Insurance | November 2017 | 1,253.83 | X | | 326.33 |
| 11/27/2017 | 785 | State of New Jersey | Taxes | 2016 Interest | 279.04 | | | 47.29 |
| 11/30/2017 | | COSTCO WHSE | BUSINESS:Travel | Camero fuel | 32.70 | X | | 14.59 |
| 11/30/2017 | 786 | John Kelly | Improvements | Set up Christm... | 200.00 | | | -185.41 |

11:26 AM
12/06/17

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank 5049, Period Ending 12/05/2017

|  | Dec 5, 17 |
|---|---|
| **Beginning Balance** | 25,229.01 |
| **Cleared Transactions** | |
|    Checks and Payments - 25 items | -28,299.87 |
|    Deposits and Credits - 3 items | 3,771.14 |
| **Total Cleared Transactions** | -24,528.73 |
| **Cleared Balance** | 700.28 |
| **Uncleared Transactions** | |
|    Checks and Payments - 4 items | -2,917.86 |
| **Total Uncleared Transactions** | -2,917.86 |
| **Register Balance as of 12/05/2017** | -2,217.58 |
| **Ending Balance** | -2,217.58 |

OLD CHECKS - NEVER CASHED
#335 AmeriHealth    $1038.82
#682 All Seasons    $1400.00

11:26 AM
12/06/17

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank 5049, Period Ending 12/05/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 25,229.01 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 25 items** | | | | | | |
| Check | 10/17/2017 | | John Hancock Insur... | X | -1,253.83 | -1,253.83 |
| Check | 10/26/2017 | | Delux Check Order | X | -14.80 | -1,268.63 |
| Check | 10/30/2017 | 776 | P.L.A.A. | X | -300.00 | -1,568.63 |
| Check | 11/01/2017 | 778 | John Kelly | X | -390.00 | -1,958.63 |
| Check | 11/03/2017 | | COSTCO WHSE | X | -23.00 | -1,981.63 |
| Check | 11/04/2017 | 780 | All Seasons Propert... | X | -500.00 | -2,481.63 |
| Check | 11/04/2017 | 781 | Cash Sale | X | -300.00 | -2,781.63 |
| Check | 11/13/2017 | | COSTCO WHSE | X | -36.16 | -2,817.79 |
| Check | 11/15/2017 | | Nationwide Life Insu... | X | -1,475.00 | -4,292.79 |
| Check | 11/17/2017 | 782 | Frank Capria Plumbi... | X | -495.00 | -4,787.79 |
| Check | 11/17/2017 | | Asbury Park Parking | X | -2.00 | -4,789.79 |
| Check | 11/18/2017 | | American Express | X | -3,627.56 | -8,417.35 |
| Check | 11/20/2017 | | Jerry A Nardella DIP | X | -14,000.00 | -22,417.35 |
| Check | 11/20/2017 | | Lincoln Financial Gr... | X | -1,667.14 | -24,084.49 |
| Check | 11/20/2017 | 783 | Cash Sale | X | -400.00 | -24,484.49 |
| Check | 11/20/2017 | | COSTCO WHSE | X | -32.73 | -24,517.22 |
| Check | 11/22/2017 | | COSTCO WHSE | X | -124.92 | -24,642.14 |
| Check | 11/24/2017 | | COSTCO WHSE | X | -60.48 | -24,702.62 |
| Check | 11/26/2017 | 784 | Jerilyn Nardella | X | -243.41 | -24,946.03 |
| Check | 11/27/2017 | | John Hancock Insur... | X | -1,253.83 | -26,199.86 |
| Check | 11/27/2017 | | COSTCO WHSE | X | -35.14 | -26,235.00 |
| Check | 11/30/2017 | | COSTCO WHSE | X | -32.70 | -26,267.70 |
| Check | 12/01/2017 | 787 | Jerry A Nardella | X | -350.00 | -26,617.70 |
| Check | 12/04/2017 | | Nationwide Life Insu... | X | -1,475.00 | -28,092.71 |
| Check | 12/05/2017 | | AETNA H & L INSU... | X | -207.17 | -28,299.87 |
| **Total Checks and Payments** | | | | | -28,299.87 | -28,299.87 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 11/15/2017 | | Social Security JAN | X | 1,104.00 | 1,104.00 |
| Deposit | 11/21/2017 | | Rainmaker Capital o... | X | 1,000.00 | 2,104.00 |
| Deposit | 11/27/2017 | | Lincoln Financial Gr... | X | 1,667.14 | 3,771.14 |
| **Total Deposits and Credits** | | | | | 3,771.14 | 3,771.14 |
| **Total Cleared Transactions** | | | | | -24,528.73 | -24,528.73 |
| **Cleared Balance** | | | | | -24,528.73 | 700.28 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 08/19/2015 | 335 | AmeriHealth Insuran... | | -1,038.82 | -1,038.82 |
| Check | 05/25/2017 | 682 | All Seasons Propert... | | -1,400.00 | -2,438.82 |
| Check | 11/27/2017 | 785 | State of New Jersey | | -279.04 | -2,717.86 |
| Check | 11/30/2017 | 786 | John Kelly | | -200.00 | -2,917.86 |
| **Total Checks and Payments** | | | | | -2,917.86 | -2,917.86 |
| **Total Uncleared Transactions** | | | | | -2,917.86 | -2,917.86 |
| **Register Balance as of 12/05/2017** | | | | | -27,446.59 | -2,217.58 |
| **Ending Balance** | | | | | -27,446.59 | -2,217.58 |

# Valley National Bank

JERRY A NARDELLA
30 GALESI DR
WAYNE NJ 07470-4812

0

Page: 1
Chks Paid: 8
Statement Date: 12/0~/17
Account Number: 49

REDACTED   REDACTED   REDACTED

*************************** Perfect Checking      49 ***********************

**Non-Check Transactions**

| Date | Description | | Amount |
|---|---|---|---|
| 11/07 | DELUXE CHECK | CHECK/ACC. | 14.80- |
| 11/07 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 23.00- |
| 11/13 | JHUSA | PAYMENTS | 1,253.83- |
| 11/15 | SSA TR..S 310 | XXSOC SEC | 1,104.00 |
| 11/15 | NATIONW..E LIFE | INS PREM | 1,475.00- |
| 11/15 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 36.16- |
| 11/20 | *LINCOLN NATLIFE | PREMPAYMNT | 1,667.14- |
| 11/20 | AMEX EPAYMENT | ACH PMT | 3,627.56- |
| 11/20 | 55686648 | | 14,000.00- |
| 11/21 | DBT Purchase | ASBURY PARK PARKING ASBURY PARK NJ | 2.00- |
| 11/21 | TRNSFER FRM CK | XXXXXXXX9308 | 1,000.00 |
| 11/22 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 32.73- |
| 11/27 | JHUSA | PAYMENTS | 1,253.83- |
| 11/27 | DBT Purchase | COSTCO WHSE #1177 WAYNE NJ | 124.92- |
| 11/27 | Deposit | | 1,667.14 |
| 11/28 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 60.48- |
| 11/29 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 35.14- |
| 12/04 | NATIONWIDE LIFE | PFX LAN PM | 1,475.00- |
| 12/04 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 32.70- |
| 12/05 | AETNA H & L | INS PYMT | 207.17- |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 11/07 | 776 | 300.00 | | * | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



JERRY A NARDELLA
30 GALESI DR
WAYNE NJ 07470-4812

0

Page: 2
Statement Date: 1^ 5/17
Account Number: `049

REDACTED
REDACTED
REDACTED

**************************  Perfect Checking    /49 **************************

### Checks in Order

| Date  | Number | Amount |  | Date  | Number | Amount |
|-------|--------|--------|--|-------|--------|--------|
| 11/06 | 778    | 390.00 |  | 11/20 | 783    | 400.00 |
|       | *      |        |  | 11/28 | 784    | 243.41 |
| 11/10 | 780    | 500.00 |  |       | *      |        |
| 11/07 | 781    | 300.00 |  | 12/01 | 787    | 350.00 |
| 11/22 | 782    | 495.00 |  |       |        |        |

(*  Check Number Missing or Check Converted to Electronic
Transaction and Listed Under Non-Check Transactions

### Daily Balance Summary

| Date  | Balance   | Date  | Balance   | Date  | Balance  |
|-------|-----------|-------|-----------|-------|----------|
| 11/03 | 25,229.01 | 11/15 | 22,040.22 | 11/28 | 2,800.29 |
| 11/06 | 24,839.01 | 11/20 | 2,345.52  | 11/29 | 2,765.15 |
| 11/07 | 24,201.21 | 11/21 | 3,343.52  | 12/01 | 2,415.15 |
| 11/10 | 23,701.21 | 11/22 | 2,815.79  | 12/04 | 907.45   |
| 11/13 | 22,447.38 | 11/27 | 3,104.18  | 12/05 | 700.28   |

### Account Summary
Previous Statement Date: 11/03/17

| Beginning Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charge | = | Ending Balance |
|-------------------|---|----------|---|---------------|---|-------------|---|----------------|---|----------------|
| 25,229.01         |   | 3,771.14 |   | .00           |   | 28,299.87   |   | .00            |   | 700.28         |

Statement from 11/04/17 Thru 12/05/17
YTD Interest Paid            .00

CHANGE IN VALLEY DEBIT AND ATM CARD FEES:
Effective 2/15/18, a Balance Inquiry at a non-Valley ATM: $2;
International ATM withdrawal: $5; International Service Fee of
3% assessed for all international transactions.

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

In re: _____ Jerry A Nardella
           Debtor

Case No. _____ 17-31934(JKS)
Reporting Period ___ 10/31/2017- 11/30/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 0.00 | |
| Jerry A Nardella DIP account#6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | 34000 | |
| **Total Receipts** | 34000.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 13838.05 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| **Total Ordinary Disbursements** | 13838.05 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 13838.05 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 20161.95 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 20161.95 | |

FORM MOR-1(INDV)
(9/99)

In re: Jerry A Nardella, Debtor

Case No. 17-31934 (JKS)
Reporting Period: 10/31/2017 - 11/30/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Jerry A Nardella acct#5049 | $14,000.00 | |
| Consultation Fees | $20,000.00 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

40 South Mountain Avenue                                12/18/2017 1:30 PM

Register: Valley National Bank DIP
From 10/31/2017 through 11/30/2017
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/20/2017 |  | Jerry A Nardella DIP | Valley National Bank 5... |  |  |  | 14,000.00 | 14,000.00 |
| 11/27/2017 | 101 | Wells Fargo Home ... | Wells Fargo - Loan | 11/1/2017 Pay... | 13,838.05 |  |  | 161.95 |
| 11/28/2017 |  | Group 5 Developmen... | Jerry A Nardella | From Group5#... |  |  | 20,000.00 | 20,161.95 |

1:38 PM
12/18/17

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 12/08/2017

|  | Dec 8, 17 |
|---|---|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
|     Checks and Payments - 9 items | -32,633.88 |
|     Deposits and Credits - 2 items | 34,000.00 |
| **Total Cleared Transactions** | 1,366.12 |
| **Cleared Balance** | 1,366.12 |
| **Register Balance as of 12/08/2017** | 1,366.12 |
| **Ending Balance** | 1,366.12 |

Case 17-31934-JKS    Doc 21    Filed 12/19/17    Entered 12/19/17 07:55:02    Desc Main
          Document      Page 16 of 17

1:38 PM
12/18/17

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank DIP, Period Ending 12/08/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Check | 11/27/2017 | 101 | Wells Fargo Home ... | X | -13,838.05 | -13,838.05 |
| Check | 12/01/2017 | 102 | Wells Fargo Home ... | X | -13,838.05 | -27,676.10 |
| Check | 12/01/2017 | 103 | Law Offices of Jose... | X | -2,500.00 | -30,176.10 |
| Check | 12/01/2017 | 104 | AmeriHealth Insuran... | X | -1,171.89 | -31,347.99 |
| Check | 12/01/2017 | | Penn National Insur... | X | -255.80 | -31,603.79 |
| Check | 12/01/2017 | | Penn National Insur... | X | -4.95 | -31,608.74 |
| Check | 12/04/2017 | 105 | Silver Star Motors | X | -375.14 | -31,983.88 |
| Check | 12/05/2017 | 106 | Cash Sale | X | -350.00 | -32,333.88 |
| Check | 12/05/2017 | 107 | Cash Sale | X | -300.00 | -32,633.88 |
| **Total Checks and Payments** | | | | | -32,633.88 | -32,633.88 |
| **Deposits and Credits - 2 items** | | | | | | |
| Check | 11/20/2017 | | Jerry A Nardella DIP | X | 14,000.00 | 14,000.00 |
| Deposit | 11/28/2017 | | Group 5 Developme... | X | 20,000.00 | 34,000.00 |
| **Total Deposits and Credits** | | | | | 34,000.00 | 34,000.00 |
| **Total Cleared Transactions** | | | | | 1,366.12 | 1,366.12 |
| **Cleared Balance** | | | | | 1,366.12 | 1,366.12 |
| **Register Balance as of 12/08/2017** | | | | | 1,366.12 | 1,366.12 |
| **Ending Balance** | | | | | 1,366.12 | 1,366.12 |



```
JERRY A NARDELLA
40 S MOUNTAIN AVE                         0              Page:              1
MONTCLAIR NJ 07042-1715                                  Chks Paid:         7
                                                         Statement Date:   12/09/17
                                                         Account Number:       548
```

REDACTED  REDACTED  REDACTED

**************** Senior Citizen Checking    48 **********************

### Non-Check Transactions

| Date | Description | Amount |
|---|---|---|
| 11/20 | Deposit | 14,000.00 |
| 11/28 | TRNSFER FRM CK XXXXXXXX9332 | 20,000.00 |
| 12/04 | BILLMATRIX    BILLPAYFEE | 4.95- |
| 12/04 | PENN NATIONAL CO BILL PAY | 255.80- |

### Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 12/06 | 101 | 13,838.05 | 12/05 | 105 | 375.14 |
| 12/05 | 102 | 13,838.05 | 12/05 | 106 | 350.00 |
| 12/08 | 103 | 2,500.00  | 12/07 | 107 | 300.00 |
| 12/05 | 104 | 1,171.89  |       |     |        |

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/19 | .00 | 12/04 | 33,739.25 | 12/07 | 3,866.12 |
| 11/20 | 14,000.00 | 12/05 | 18,004.17 | 12/08 | 1,366.12 |
| 11/28 | 34,000.00 | 12/06 | 4,166.12 | | |

### Account Summary
Previous Statement Date: 11/19/17

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| .00 | | 34,000.00 | | .00 | | 32,633.88 | | .00 | | 1,366.12 |

Statement from 11/20/17 Thru 12/08/17
YTD Interest Paid          .00

CHANGE IN VALLEY DEBIT AND ATM CARD FEES:
Effective 2/15/18, a Balance Inquiry at a non-Valley ATM: $2;
International ATM withdrawal: $5; International Service Fee of
3% assessed for all international transactions.

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.