UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re __Jerry A Nardella__

Case No. __17-31934 (JKS)__
Reporting Period: __01/01/2018 - 01/31/2018__

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date 2/15/18

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella
Debtor

Case No. _____ 17-31934(JKS)
Reporting Period __ 01/01/2018 - 01/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 148.19 | |
| Jerry A Nardella account 5049 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 0.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s)  1/1/2018 was paid 12/28/2017 | | |
| Mortgage Payment 1/1/2018 | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance    Life Insurance-Nationwide | | |
| Insurance    Life Insurance-John Hancock | | |
| Insurance    Medical - Wife 2/1/2018 | | |
| Insurance    Medical-JAN AETNA | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 0.00 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 0.00 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 0.00 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 148.19 | |

FORM MOR-1(INDV)
(9/99)



Jerry A Nardella
2/15/18

2:06 PM
02/14/18

# 40 South Mountain Avenue
## Reconciliation Summary
Valley National Bank 5049, Period Ending 02/05/2018

|  | Feb 5, 18 |
|---|---:|
| Beginning Balance | 148.19 |
| Cleared Balance | 148.19 |
| Register Balance as of 02/05/2018 | 148.19 |
| Ending Balance | 148.19 |

2:06 PM
02/14/18

# 40 South Mountain Avenue
## Reconciliation Detail
Valley National Bank 5049, Period Ending 02/05/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---:|
| **Beginning Balance** |  |  |  |  |  | 148.19 |
| Cleared Balance |  |  |  |  |  | 148.19 |
| Register Balance as of 02/05/2018 |  |  |  |  |  | 148.19 |
| **Ending Balance** |  |  |  |  |  | 148.19 |

*Jerry D Nardella*
2/15/18



```
JERRY A NARDELLA
30 GALESI DR                                    0              Page:              1
WAYNE NJ 07470-4812
                                                        Statement Date:    02/05/18
                                                        Account Number:
```

REDACTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* VNB All Access Checking      REDACTED           \*\*\*\*\*\*\*\*\*\*\*

Account Summary
Previous Statement Date: 01/05/18

| Beginning Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 148.19 | | .00 | | .00 | | .00 | | .00 | | 148.19 |

Statement from 01/06/18 Thru 02/05/18
YTD Interest Paid            .00

We're working hard to improve your customer experience every day. In the coming months, we'll be launching new services that will enhance and simplify the way you bank at Valley. As part of this effort, we're renaming our checking and savings accounts. Nothing about your accounts will change except for the name.

*Jerry Nardella*
*2/15/18*

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

In re: _____ Jerry A Nardella
Debtor

Case No. _____ 17-31934(JKS)
Reporting Period __ 01/01/2018 - 01/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 4,094.68 |  |
| Jerry A Nardella account 6648 |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income | 1104.00 |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 30400.00 |  |
| **Total Receipts** | 31504.00 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s)  1/1/2018 was paid 12/28/2017 |  |  |
| Mortgage Payment 1/1/2018 |  |  |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 1475.00 |  |
| Insurance   Life Insurance-Nationwide | 1253.83 |  |
| Insurance   Life Insurance-John Hancock | 802.16 |  |
| Insurance   Medical - Wife 2/1/2018 | 207.17 |  |
| Insurance   Medical-JAN AETNA | 304.59 |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions | 725.00 |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  |  |
| Household Expenses | 1316.40 |  |
| Charitable Contributions | 175.00 |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 80.85 |  |
| Gifts |  |  |
| Other (attach schedule) | 10043.24 |  |
| Total Ordinary Disbursements | 16383.24 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 16383.24 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 15120.76 |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | 19215.44 |  |

FORM MOR-1(INDV)
(9/99)



Jerry A Nardella
2/15/18

In re: Jerry A Nardella, Debtor

Case No. 17-31934 (JKS)
Reporting Period: 12/01/2017 - 12/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $8,500.00 | |
| Group 5 Development LLC | $20,400.00 | |
| Rainmaker Capital of Fair Lawn LLC | $1,500.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Penn National Insurance - Parents | $260.75 | |
| AARP - Parents | $528.50 | |
| American Express | $6,053.99 | |
| Law Offices of Joseph Lilly | $2,500.00 | |
| Jerry Nardella | $700.00 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

*Jerry A Nardella*
2/15/18

40 South Mountain Avenue                                                                    2/5/2018 12:49 PM

Register: Valley National Bank DIP
From 01/01/2018 through 01/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/02/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 2,000.00 | 6,094.68 |
| 01/02/2018 | | Penn National Insura... | Mary T Nardella | Parent's Car Ins... | 255.80 | X | | 5,838.88 |
| 01/02/2018 | | Penn National Insura... | Mary T Nardella | Fee Parent's Ca... | 4.95 | X | | 5,833.93 |
| 01/02/2018 | | AARP Health Options | Anthony Nardella | AJN Health Ins... | 528.50 | X | | 5,305.43 |
| 01/02/2018 | 115 | Law Offices of Josep... | Loan-The Estate of Le... | Jan2018 #5 | 2,500.00 | X | | 2,805.43 |
| 01/03/2018 | | AETNA H & L INS... | Medical/Dental Expense | Jan2018 | 207.17 | X | | 2,598.26 |
| 01/03/2018 | 116 | Jerilyn Nardella | Jerilyn Nardella | | 500.00 | X | | 2,098.26 |
| 01/04/2018 | | Nationwide Life Insu... | Life Insurance | Jan2018 | 1,475.00 | X | | 623.26 |
| 01/04/2018 | 117 | DMS Landscaping | Maintenance | Snow Plowing | 225.00 | X | | 398.26 |
| 01/08/2018 | | COSTCO WHSE | BUSINESS:Travel | S627 Camero | 27.54 | X | | 370.72 |
| 01/09/2018 | 118 | Genesis Car Care | BUSINESS:Travel | Camero Inv.960 | 304.59 | | | 66.13 |
| 01/11/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | | 1,000.00 | 1,066.13 |
| 01/11/2018 | 119 | Jerilyn Nardella | Food | Reimb:Food | 625.66 | | | 440.47 |
| 01/11/2018 | 120 | Cash Sale | Jerry A Nardella | Cash to Jerry | 350.00 | | | 90.47 |
| 01/17/2018 | | Social Security JAN | Security System | January 2018 | | | 1,104.00 | 1,194.47 |
| 01/18/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | | 5,500.00 | 6,694.47 |
| 01/18/2018 | | COSTCO WHSE | BUSINESS:Travel | gas | 22.85 | | | 6,671.62 |
| 01/18/2018 | | American Express | Jerry A Nardella | R3922 | 6,053.99 | | | 617.63 |
| 01/19/2018 | 121 | Cash Sale | Jerry A Nardella | Cash to Jerry | 250.00 | | | 367.63 |
| 01/19/2018 | 122 | Butch Koval Fund | DONATION | Scholarship Fo... | 175.00 | | | 192.63 |
| 01/23/2018 | | COSTCO WHSE | Jerry A Nardella | | 190.74 | | | 1.89 |
| 01/24/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | | 400.00 | 401.89 |
| 01/25/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | From RMC FL... | | | 1,500.00 | 1,901.89 |
| 01/25/2018 | 123 | John Kelly | Improvements | CeilingRepair | 500.00 | | | 1,401.89 |
| 01/27/2018 | 124 | Cash Sale | Jerry A Nardella | Cash to JAN | 100.00 | | | 1,301.89 |
| 01/29/2018 | | John Hancock Insura... | Life Insurance | FEB payment | 1,253.83 | | | 48.06 |
| 01/29/2018 | | OSCAR Garden Stat... | Medical/Dental Expense | Jerilyn | 802.16 | | | -754.10 |
| 01/29/2018 | 125 | | | | | | 20,000.00 | 19,245.90 |
| 01/30/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | | | 19,215.44 |
| 01/31/2018 | | COSTCO WHSE | BUSINESS:Travel | Gas Camaro | 30.46 | | | |

*[signed]* Jerry A Nardella
2/15/18

2:12 PM
02/14/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 02/09/2018

|  | Feb 9, 18 |
|---|---:|
| **Beginning Balance** | 370.72 |
|   Cleared Transactions |  |
|     Checks and Payments - 20 items | -30,274.00 |
|     Deposits and Credits - 7 items | 31,204.00 |
|   Total Cleared Transactions | 930.00 |
| **Cleared Balance** | 1,300.72 |
|   Uncleared Transactions |  |
|     Checks and Payments - 1 item | -1,145.00 |
|   Total Uncleared Transactions | -1,145.00 |
| **Register Balance as of 02/09/2018** | 155.72 |
| **Ending Balance** | 155.72 |

2/15/18
Jay A Mandella

2:12 PM
02/14/18

**40 South Mountain Avenue**
## Reconciliation Detail
**Valley National Bank DIP, Period Ending 02/09/2018**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 370.72 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Check | 01/09/2018 | 118 | Genesis Car Care | X | -304.59 | -304.59 |
| Check | 01/11/2018 | 119 | Jerilyn Nardella | X | -625.66 | -930.25 |
| Check | 01/11/2018 | 120 | Cash Sale | X | -350.00 | -1,280.25 |
| Check | 01/18/2018 | | American Express | X | -6,053.99 | -7,334.24 |
| Check | 01/18/2018 | | COSTCO WHSE | X | -22.85 | -7,357.09 |
| Check | 01/19/2018 | 121 | Cash Sale | X | -250.00 | -7,607.09 |
| Check | 01/19/2018 | 122 | Butch Koval Fund | X | -175.00 | -7,782.09 |
| Check | 01/23/2018 | | COSTCO WHSE | X | -190.74 | -7,972.83 |
| Check | 01/25/2018 | 123 | John Kelly | X | -500.00 | -8,472.83 |
| Check | 01/27/2018 | 124 | Cash Sale | X | -100.00 | -8,572.83 |
| Check | 01/29/2018 | | John Hancock Insur... | X | -1,253.83 | -9,826.66 |
| Check | 01/29/2018 | 125 | OSCAR Garden Stat... | X | -802.16 | -10,628.82 |
| Check | 01/31/2018 | | COSTCO WHSE | X | -30.46 | -10,659.28 |
| Check | 02/01/2018 | 126 | Wells Fargo Home ... | X | -13,838.05 | -24,497.33 |
| Check | 02/01/2018 | 128 | Law Offices of Jose... | X | -2,500.00 | -26,997.33 |
| Check | 02/01/2018 | 127 | U.S. Trustee | X | -650.00 | -27,647.33 |
| Check | 02/01/2018 | 129 | Cash Sale | X | -400.00 | -28,047.33 |
| Check | 02/04/2018 | | Nationwide Life Insu... | X | -1,475.00 | -29,522.33 |
| Check | 02/05/2018 | | AETNA H & L INSU... | X | -207.17 | -29,729.50 |
| Check | 02/06/2018 | | AARP Health Options | X | -544.50 | -30,274.00 |
| **Total Checks and Payments** | | | | | -30,274.00 | -30,274.00 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 01/11/2018 | | Rainmaker Capital o... | X | 1,000.00 | 1,000.00 |
| Deposit | 01/17/2018 | | Social Security JAN | X | 1,104.00 | 2,104.00 |
| Deposit | 01/18/2018 | | Rainmaker Capital o... | X | 5,500.00 | 7,604.00 |
| Deposit | 01/24/2018 | | Group 5 Developme... | X | 400.00 | 8,004.00 |
| Deposit | 01/25/2018 | | Rainmaker Capital o... | X | 1,500.00 | 9,504.00 |
| Deposit | 01/30/2018 | | Group 5 Developme... | X | 20,000.00 | 29,504.00 |
| Deposit | 02/05/2018 | | Rainmaker Capital o... | X | 1,700.00 | 31,204.00 |
| **Total Deposits and Credits** | | | | | 31,204.00 | 31,204.00 |
| **Total Cleared Transactions** | | | | | 930.00 | 930.00 |
| **Cleared Balance** | | | | | 930.00 | 1,300.72 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 02/05/2018 | 130 | Chubb Insurance | | -1,145.00 | -1,145.00 |
| **Total Checks and Payments** | | | | | -1,145.00 | -1,145.00 |
| **Total Uncleared Transactions** | | | | | -1,145.00 | -1,145.00 |
| **Register Balance as of 02/09/2018** | | | | | -215.00 | 155.72 |
| **Ending Balance** | | | | | -215.00 | 155.72 |



Joy A Nardella
2/15/18



```
JERRY A NARDELLA                                    0        Page:              1
40 S MOUNTAIN AVE                                            Chks Paid:        12
MONTCLAIR NJ 07042-1715                                      Statement Date: 02/09/18
                                                             Account Number:
                                                                                REDACTED
```

****************** VNB Milestone Checking        REDACTED       **********

**Non-Check Transactions**

| Date | Description | | Amount |
|---|---|---|---|
| 01/11 | TRNSFER FRM CK | XXXXXXXX9308 | 1,000.00 |
| 01/17 | SSA TREAS 310 | XXSOC SEC | 1,104.00 |
| 01/18 | DBT Purchase | COSTCO GAS #1177 | 22.85- |
|       | WAYNE NJ | | |
| 01/18 | TRNSFER FRM CK | XXXXXXXX9308 | 5,500.00 |
| 01/19 | AMEX EPAYMENT | ACH PMT | 6,053.99- |
| 01/23 | DBT Purchase | COSTCO WHSE #1177 | 190.74- |
|       | WAYNE NJ | | |
| 01/24 | TRNSFER FRM CK | XXXXXXXX9332 | 400.00 |
| 01/25 | TRNSFER FRM CK | XXXXXXXX9316 | 1,500.00 |
| 01/29 | JHUSA | PAYMENTS | 1,253.83- |
| 01/30 | TRNSFER FRM CK | XXXXXXXX9332 | 20,000.00 |
| 02/02 | DBT Purchase | COSTCO GAS #1177 | 30.46- |
|       | WAYNE NJ | | |
| 02/05 | NATIONWIDE LIFE | PFX LAN PM | 1,475.00- |
| 02/05 | AETNA H & L | INS PYMT | 207.17- |
| 02/05 | TRNSFER FRM CK | XXXXXXXX9308 | 1,700.00 |
| 02/07 | UnitedHealthcare PREMIUM | | 544.50- |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 01/16 | 118 | 304.59 | 01/29 | 124 | 100.00 |
| 01/22 | 119 | 625.66 | 02/02 | 125 | 802.16 |
| 01/11 | 120 | 350.00 | 02/06 | 126 | 13,838.05 |
| 01/19 | 121 | 250.00 | 02/07 | 127 | 650.00 |
| 01/25 | 122 | 175.00 | 02/09 | 128 | 2,500.00 |
| 01/29 | 123 | 500.00 | 02/01 | 129 | 400.00 |

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/10 | 370.72 | 01/17 | 1,820.13 | 01/22 | 367.63 |
| 01/11 | 1,020.72 | 01/18 | 7,297.28 | 01/23 | 176.89 |
| 01/16 | 716.13 | 01/19 | 993.29 | 01/24 | 576.89 |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

*Jerry A Nardella*
2/15/18



JERRY A NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715

0

Page: 2
Statement Date: 02/09/18
Account Number: REDACTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* VNB Milestone Checking   REDACTED   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/25 | 1,901.89 | 02/06 | 4,995.22 | | |
| 01/29 | 48.06 | 02/07 | 3,800.72 | | |
| 01/30 | 20,048.06 | 02/09 | 1,300.72 | | |
| 02/01 | 19,648.06 | | | | |
| 02/02 | 18,815.44 | | | | |
| 02/05 | 18,833.27 | | | | |

Account Summary
Previous Statement Date: 01/10/18

| Beginning Balance | + Deposits | + Interest Paid | − Withdrawals | − Service Charge | = Ending Balance |
|---|---|---|---|---|---|
| 370.72 | 31,204.00 | .00 | 30,274.00 | .00 | 1,300.72 |

Statement from 01/11/18 Thru 02/09/18
YTD Interest Paid          .00

We're working hard to improve your customer experience every day.
In the coming months, we'll be launching new services that will
enhance and simplify the way you bank at Valley. As part of
this effort, we're renaming our checking and savings accounts.
Nothing about your accounts will change except for the name.

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

*Jerry A Nardella*
2/15/18