UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period: 03/01/2018 - 03/31/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Jerry A Nardella_   4/16/18
Signature of Debtor      Date

_____   _____
Signature of Joint Debtor   Date

_____   _____
Signature of Authorized Individual*   Date

_____   _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella
Debtor

Case No. _____ 17-31934(JKS)
Reporting Period: 03/01/2018 - 03/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 4,770.96 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 32000.00 | |
| **Total Receipts** | 33104.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s)    3/1/2018 | 13838.05 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance    Life Insurance-Nationwide | 1475.00 | |
| Insurance    Life Insurance-John Hancock | 1253.83 | |
| Insurance    Medical - Wife 3/1/2018 | 802.16 | |
| Insurance    Medical-JAN AETNA | 207.17 | |
| Insurance  Silverscript JAN | 34.30 | |
| Auto Expense | 0 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 658.52 | |
| Medical Expenses | | |
| Household Expenses | 1015.74 | |
| Charitable Contributions | 554.07 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 471.96 | |
| Gifts | | |
| Other (attach schedule) | 17331.53 | |
| Total Ordinary Disbursements | 37642.33 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 37642.33 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -4538.33 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 232.63 | |

FORM MOR-1(INDV)
(9/99)



In re _____ Jerry A Nardella
Debtor

Case No. __17-31934 (JKS)
Reporting Period: _03/01/2018 - 03/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $2,000.00 | |
| Group 5 Development LLC | $20,000.00 | |
| Rainmaker Capital of Fair Lawn LLC | $10,000.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Penn National Insurance | $273.55 | |
| AARP - Parents | $544.50 | |
| American Express | $9,100.48 | |
| Law Offices of Joseph Lilly | $2,500.00 | |
| Jerry Nardella | $2,350.00 | |
| AARP - 5yr Membership | $63.00 | |
| Rainmaker Management LLC | $2,500.00 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)



40 South Mountain Avenue                                                4/5/2018 1:18 PM

Register: Valley National Bank DIP
From 03/01/2018 through 03/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/01/2018 |  | AARP Health Options | Anthony Nardella | AJN & MTN ... | 544.50 | X |  | 4,226.46 |
| 03/01/2018 |  | Penn National Insura... | Mary T Nardella | Parents Auto Ins | 273.55 | X |  | 3,952.91 |
| 03/01/2018 |  | COSTCO WHSE | BUSINESS:Travel | Travel Auto | 30.57 | X |  | 3,922.34 |
| 03/01/2018 | 139 | AARP | Miscellaneous | Renewal 5yrs#... | 63.00 | X |  | 3,859.34 |
| 03/01/2018 | 140 | AAA MEMBERSHI... | BUSINESS:Travel | Renewal#7770... | 196.00 | X |  | 3,663.34 |
| 03/01/2018 | 141 | COSTCO WHSE | Miscellaneous | Renewal Marc... | 191.93 | X |  | 3,471.41 |
| 03/01/2018 | 142 | OSCAR Garden Stat... | Medical/Dental Expense | Jerilyn March2... | 802.16 | X |  | 2,669.25 |
| 03/01/2018 | 143 | Silverscript Ins. Co. | Medical/Dental Expense | Jerry Part-D I... | 34.30 | X |  | 2,634.95 |
| 03/01/2018 | 144 | Sonia Security Systems | Maintenance | Inv.82701 Rep... | 303.55 | X |  | 2,331.40 |
| 03/01/2018 | 145 | Sonia Security Systems | Maintenance | Inv.83043 3/1-... | 79.97 | X |  | 2,251.43 |
| 03/01/2018 | 147 | Wells Fargo Bank, N... | Wells Fargo - Loan | #0060468485 ... | 13,838.05 | X |  | -11,586.62 |
| 03/01/2018 | 148 | Law Offices of Josep... | Loan-The Estate of Le... | March2018 | 2,500.00 | X |  | -14,086.62 |
| 03/04/2018 |  | Nationwide Life Insu... | Life Insurance | March2018 | 1,475.00 | X |  | -15,561.62 |
| 03/05/2018 |  | AETNA H & L INS... | Medical/Dental Expense | Jerry Part-B | 207.17 | X |  | -15,768.79 |
| 03/06/2018 |  | Group 5 Developmen... | Jerry A Nardella | From Group5#... |  | X | 20,000.00 | 4,231.21 |
| 03/06/2018 |  | Rainmaker Managem... | Rainmaker Manageme... | To R.Mgmt#93... | 2,500.00 | X |  | 1,731.21 |
| 03/06/2018 | 149 | Jerilyn Nardella | Jerilyn Nardella | Misc.Expenses | 570.15 |  |  | 1,161.06 |
| 03/09/2018 |  | COSTCO WHSE | Miscellaneous |  | 253.66 |  |  | 907.40 |
| 03/09/2018 | 150 | Cash Sale | Jerry A Nardella | cash to Jerry | 450.00 | X |  | 457.40 |
| 03/09/2018 | 151 | void | Miscellaneous |  |  | X |  | 457.40 |
| 03/09/2018 | 152 | New Jersey Motor V... | BUSINESS:Travel | Camaro Registr... | 64.50 |  |  | 392.90 |
| 03/11/2018 |  | COSTCO WHSE | BUSINESS:Travel | Gas-travel | 66.70 |  |  | 326.20 |
| 03/15/2018 |  | Rainmaker Capital of... | RMC of Fair Lawn LLC | From RMC FL... |  |  | 10,000.00 | 10,326.20 |
| 03/16/2018 |  | American Express | Jerry A Nardella |  | 9,100.48 |  |  | 1,225.72 |
| 03/16/2018 | 153 | Cash Sale | Jerry A Nardella | cash to Jerry | 600.00 |  |  | 625.72 |
| 03/20/2018 |  | COSTCO WHSE | BUSINESS:Travel | Travel | 33.74 |  |  | 591.98 |
| 03/20/2018 | 154 | Cash Sale | Jerry A Nardella | cash to Jerry | 400.00 |  |  | 191.98 |
| 03/21/2018 |  | Social Security JAN | Social Security Admini... | JAN March2018 |  |  | 1,104.00 | 1,295.98 |
| 03/22/2018 |  | Rainmaker Capital of... | Wallington Account | From RMC Wa... |  |  | 2,000.00 | 3,295.98 |
| 03/23/2018 |  | Asbury Park Parking | BUSINESS:Travel | Parking Smith-... | 2.00 |  |  | 3,293.98 |
| 03/23/2018 |  | COSTCO WHSE | BUSINESS:Travel | gas travel merc... | 45.60 |  |  | 3,248.38 |
| 03/27/2018 |  | Passaic Cty Chapter ... | DONATION | Ticket | 554.07 |  |  | 2,694.31 |
| 03/27/2018 |  | John Hancock Insura... | Life Insurance | March2018 | 1,253.83 |  |  | 1,440.48 |
| 03/28/2018 | 155 | DMS Landscaping | Maintenance | Snow Removal | 275.00 |  |  | 1,165.48 |
| 03/30/2018 |  | COSTCO WHSE | BUSINESS:Travel | gas | 32.85 |  |  | 1,132.63 |
| 03/30/2018 | 156 | Cash Sale | Jerry A Nardella | cash to Jerry | 900.00 |  |  | 232.63 |



12:10 PM
04/11/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 04/10/2018

|  | Apr 10, 18 |
|---|---|
| **Beginning Balance** | 1,281.21 |
|   Cleared Transactions | |
|     Checks and Payments - 22 items | -25,089.24 |
|     Deposits and Credits - 4 items | 30,104.00 |
|   Total Cleared Transactions | 5,014.76 |
| **Cleared Balance** | 6,295.97 |
|   Uncleared Transactions | |
|     Checks and Payments - 1 item | -2,500.00 |
|     Deposits and Credits - 1 item | 0.00 |
|   Total Uncleared Transactions | -2,500.00 |
| **Register Balance as of 04/10/2018** | 3,795.97 |
| **Ending Balance** | 3,795.97 |

12:10 PM
04/11/18

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank DIP, Period Ending 04/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 1,281.21 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Check | 03/06/2018 | 149 | Jerilyn Nardella | X | -570.15 | -570.15 |
| Check | 03/09/2018 | | COSTCO WHSE | X | -253.66 | -823.81 |
| Check | 03/09/2018 | 152 | New Jersey Motor V... | X | -64.50 | -888.31 |
| Check | 03/11/2018 | | COSTCO WHSE | X | -66.70 | -955.01 |
| Check | 03/16/2018 | | American Express | X | -9,100.48 | -10,055.49 |
| Check | 03/16/2018 | 153 | Cash Sale | X | -600.00 | -10,655.49 |
| Check | 03/20/2018 | 154 | Cash Sale | X | -400.00 | -11,055.49 |
| Check | 03/20/2018 | | COSTCO WHSE | X | -33.74 | -11,089.23 |
| Check | 03/23/2018 | | COSTCO WHSE | X | -45.60 | -11,134.83 |
| Check | 03/23/2018 | | Asbury Park Parking | X | -2.00 | -11,136.83 |
| Check | 03/27/2018 | | John Hancock Insur... | X | -1,253.83 | -12,390.66 |
| Check | 03/27/2018 | | Passaic Cty Chapter... | X | -554.07 | -12,944.73 |
| Check | 03/28/2018 | 155 | DMS Landscaping | X | -275.00 | -13,219.73 |
| Check | 03/30/2018 | 156 | Cash Sale | X | -900.00 | -14,119.73 |
| Check | 03/30/2018 | | COSTCO WHSE | X | -32.85 | -14,152.58 |
| Check | 04/02/2018 | | 7-ELEVEN | X | -5.24 | -14,157.82 |
| Check | 04/03/2018 | | Rainmaker Capital o... | X | -5,700.00 | -19,857.82 |
| Check | 04/03/2018 | | Nationwide Life Insu... | X | -1,475.00 | -21,332.82 |
| Check | 04/03/2018 | | AETNA H & L INSU... | X | -207.17 | -21,539.99 |
| Check | 04/05/2018 | | Rainmaker Manage... | X | -3,000.00 | -24,539.99 |
| Check | 04/05/2018 | | AARP Health Options | X | -544.50 | -25,084.49 |
| Check | 04/10/2018 | | Asbury Park Parking | X | -4.75 | -25,089.24 |
| **Total Checks and Payments** | | | | | -25,089.24 | -25,089.24 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 03/15/2018 | | Rainmaker Capital o... | X | 10,000.00 | 10,000.00 |
| Deposit | 03/21/2018 | | Social Security JAN | X | 1,104.00 | 11,104.00 |
| Deposit | 03/22/2018 | | Rainmaker Capital o... | X | 2,000.00 | 13,104.00 |
| Deposit | 04/02/2018 | | Group 5 Developme... | X | 17,000.00 | 30,104.00 |
| **Total Deposits and Credits** | | | | | 30,104.00 | 30,104.00 |
| **Total Cleared Transactions** | | | | | 5,014.76 | 5,014.76 |
| **Cleared Balance** | | | | | 5,014.76 | 6,295.97 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 04/03/2018 | 157 | Law Offices of Jose... | | -2,500.00 | -2,500.00 |
| **Total Checks and Payments** | | | | | -2,500.00 | -2,500.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 04/05/2018 | 158 | void | | 0.00 | 0.00 |
| **Total Deposits and Credits** | | | | | 0.00 | 0.00 |
| **Total Uncleared Transactions** | | | | | -2,500.00 | -2,500.00 |
| **Register Balance as of 04/10/2018** | | | | | 2,514.76 | 3,795.97 |
| **Ending Balance** | | | | | 2,514.76 | 3,795.97 |

Page 1



JERRY A NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715

0

Page: 1
Chks Paid: 6
Statement Date: 04/10/18
Account Number: REDACTED

****************** VNB Milestone Checking    REDACTED    ************

Non-Check Transactions

| Date | Description | | Amount |
|---|---|---|---|
| 03/13 | DBT Purchase | COSTCO WHSE #1177 WAYNE NJ | 253.66- |
| 03/13 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 66.70- |
| 03/15 | TRNSFER FRM CK | XXXXXXXX9316 | 10,000.00 |
| 03/16 | AMEX EPAYMENT | ACH PMT | 9,100.48- |
| 03/20 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 33.74- |
| 03/21 | SSA TREAS 310 | XXSOC SEC | 1,104.00 |
| 03/22 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 45.60- |
| 03/22 | TRNSFER FRM CK | XXXXXXXX9308 | 2,000.00 |
| 03/27 | JHUSA | PAYMENTS | 1,253.83- |
| 03/27 | DBT Purchase | BOXOFFICETICKETSALES 866-625-4586 NE | 554.07- |
| 03/27 | DBT Purchase | CITY OF ASBURY PARK ASBURY PARK NJ | 2.00- |
| 03/30 | DBT Purchase | COSTCO GAS #1177 WAYNE NJ | 32.85- |
| 04/02 | Deposit | | 17,000.00 |
| 04/02 | DBT Purchase | 7 ELEVEN 39511 WAYNE NJ | 5.24- |
| 04/03 | NATIONWIDE LIFE | PFX LAN PM | 1,475.00- |
| 04/03 | AETNA H & L | INS PYMT | 207.17- |
| 04/03 | TRANSFER TO CK | XXXXXXXX9316 | 5,700.00- |
| 04/05 | TRANSFER TO CK | XXXXXXXX9340 | 3,000.00- |
| 04/06 | UnitedHealthcare PREMIUM | | 544.50- |
| 04/10 | DBT Purchase | CITY OF ASBURY PARK ASBURY PARK NJ | 4.75- |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.





JERRY A NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715

0

Page: 2
Statement Date: 04/10/18
Account Number: REDACTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* VNB Milestone Checking    REDACTED    \*\*\*\*\*\*\*\*\*\*\*

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 03/20 | 149 | 570.15 | 03/20 | 154 | 400.00 |
|   * |   |   | 03/30 | 155 | 275.00 |
| 03/19 | 152 | 64.50 | 03/30 | 156 | 900.00 |
| 03/16 | 153 | 600.00 |   |   |   |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/09 | 1,281.21 | 03/20 | 191.98 | 04/02 | 17,227.39 |
| 03/13 | 960.85 | 03/21 | 1,295.98 | 04/03 | 9,845.22 |
| 03/15 | 10,960.85 | 03/22 | 3,250.38 | 04/05 | 6,845.22 |
| 03/16 | 1,260.37 | 03/27 | 1,440.48 | 04/06 | 6,300.72 |
| 03/19 | 1,195.87 | 03/30 | 232.63 | 04/10 | 6,295.97 |

Account Summary
Previous Statement Date: 03/09/18

| Beginning Balance | + Deposits | + Interest Paid | - Withdrawals | - Service Charge | = Ending Balance |
|---|---|---|---|---|---|
| 1,281.21 | 30,104.00 | .00 | 25,089.24 | .00 | 6,295.97 |

Statement from 03/10/18 Thru 04/10/18
YTD Interest Paid    .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

