UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re __Jerry A Nardella__

Case No. __17-31934 (JKS)__
Reporting Period: __04/01/2018 - 04/30/2018__

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|   Schedule of Professional Fees Paid | MOR-1b | | | |
|   Copies of bank statements | | X | | |
|   Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
|   Copies of IRS Form 6123 or payment receipt | | | | |
|   Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
|   Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Jerry Nardella_      5/16/18
Signature of Debtor     Date

_____      _____
Signature of Joint Debtor     Date

_____      _____
Signature of Authorized Individual*     Date

_____      _____
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

_/s/ Jerry A Nardella 5/16/18_

MOR
(04/07)

In re: Jerry A Nardella  
Debtor

Case No. 17-31934(JKS)  
Reporting Period: 04/01/2018 - 04/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 232.63 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 44480.00 | |
| **Total Receipts** | 45584.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) 4/1/2018 | 14397.44 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance    Life Insurance-Nationwide | 1475.00 | |
| Insurance    Life Insurance-John Hancock | 1253.83 | . |
| Insurance    Medical-JAN AETNA | 207.17 | |
| Insurance  Silverscript JAN | | |
| Auto Expense | 64.50 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 2200.00 | |
| Medical Expenses | | |
| Household Expenses | | |
| Charitable Contributions | 80.00 | |
| Other Professional | 75.00 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 666.45 | |
| Gifts | 719.18 | |
| Other (attach schedule) | 22902.39 | |
| **Total Ordinary Disbursements** | 44040.96 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 44040.96 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 1543.04 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 1775.67 | |

FORM MOR-1(INDV)  
(9/99)

*Jerry Nardella*  
5/16/18

In re: Jerry A Nardella
Debtor

Case No. 17-31934 (JKS)
Reporting Period: 04/01/2018 - 04/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $2,580.00 | |
| Group 5 Development LLC | $37,900.00 | |
| Rainmaker Capital of Fair Lawn LLC | $4,000.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Penn National Insurance | $278.55 | |
| AARP - Parents | $544.50 | |
| American Express | $5,579.34 | |
| Law Offices of Joseph Lilly | $2,500.00 | |
| Jerry Nardella | $1,100.00 | |
| Rainmaker Capital of Wallington LLC | $450.00 | |
| Rainmaker Management LLC | $6,100.00 | |
| Rainmaker Capital of Fair Lawn LLC | $5,700.00 | |
| U.S. Trustee | $650.00 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

*[Signed] Jerry Nardella 5/16/18*

40 South Mountain Avenue                                                5/9/2018 2:08 PM

Register: Valley National Bank DIP
From 04/01/2018 through 04/30/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/02/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | X | 17,000.00 | 17,232.63 |
| 04/02/2018 | | 7-ELEVEN | Miscellaneous | | 5.24 | X | | 17,227.39 |
| 04/03/2018 | | Nationwide Life Insu... | Life Insurance | April2018 | 1,475.00 | X | | 15,752.39 |
| 04/03/2018 | | AETNA H & L INS... | Medical/Dental Expense | JAN April2018 | 207.17 | X | | 15,545.22 |
| 04/03/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | To RMC-FL#9... | 5,700.00 | X | | 9,845.22 |
| 04/03/2018 | 157 | Law Offices of Josep... | Loan-The Estate of Le... | April 2018 | 2,500.00 | | | 7,345.22 |
| 04/05/2018 | | AARP Health Options | Anthony Nardella | March AJN#12... | 544.50 | X | | 6,800.72 |
| 04/05/2018 | | Rainmaker Managem... | Rainmaker Manageme... | to R.Mgmt9340 | 3,000.00 | X | | 3,800.72 |
| 04/05/2018 | 158 | void | Legal Fee | RobertoRivera ... | | | | 3,800.72 |
| 04/10/2018 | | Asbury Park Parking | BUSINESS:Travel | Parking | 4.75 | X | | 3,795.97 |
| 04/11/2018 | Wal1223 | Rainmaker Capital of... | Wallington Account | Paid from Wall... | | | 75.00 | 3,870.97 |
| 04/11/2018 | | COSTCO WHSE | BUSINESS:Travel | Camero Travel | 31.85 | | | 3,839.12 |
| 04/11/2018 | Wal1223 | Ryan Dunn | Professional Fees | Review Paperw... | 75.00 | | | 3,764.12 |
| 04/12/2018 | 159 | Cash Sale | Jerry A Nardella | cash to Jerry | 350.00 | | | 3,414.12 |
| 04/13/2018 | | Penn National Insura... | Mary T Nardella | Car Ins#103297 | 278.55 | | | 3,135.57 |
| 04/13/2018 | | COSTCO WHSE | BUSINESS:Travel | Camero Travel | 30.49 | | | 3,105.08 |
| 04/16/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | From RMC-FL... | | | 4,000.00 | 7,105.08 |
| 04/16/2018 | | American Express | Jerry A Nardella | | 5,579.34 | | | 1,525.74 |
| 04/16/2018 | 163 | Wells Fargo Bank, N... | Wells Fargo - Loan | #0060468485 | 14,397.44 | | | -12,871.70 |
| 04/18/2018 | | Social Security JAN | Social Security Admini... | JAN April2018 | | | 1,104.00 | -11,767.70 |
| 04/18/2018 | | Rainmaker Capital of... | Wallington Account | to RMC Wallin... | 200.00 | | | -11,967.70 |
| 04/18/2018 | | Rainmaker Managem... | Rainmaker Manageme... | to R.Mgmt9340 | 300.00 | | | -12,267.70 |
| 04/18/2018 | | Rainmaker Capital of... | Wallington Account | to RMC Wallin... | 250.00 | | | -12,517.70 |
| 04/18/2018 | | Rainmaker Managem... | Rainmaker Manageme... | to R.Mgmt9340 | 100.00 | | | -12,617.70 |
| 04/18/2018 | 160 | Cash Sale | Jerry A Nardella | cash to Jerry | 500.00 | | | -13,117.70 |
| 04/18/2018 | Wal1225 | Kevin Clement | BUSINESS:Entertainm... | ChillerTheatre ... | 225.00 | | | -13,342.70 |
| 04/20/2018 | | COSTCO WHSE | BUSINESS:Travel | Camero Travel | 37.49 | | | -13,380.19 |
| 04/22/2018 | 161 | Jerilyn Nardella | Miscellaneous | Jerilyn's Birthday | 700.00 | | | -14,080.19 |
| 04/23/2018 | 162 | Cash Sale | BUSINESS:Travel | SunCenter, Phil. | 300.00 | | | -14,380.19 |
| 04/24/2018 | | 46 Toby Flower | Miscellaneous | Jerilyn Birthday | 19.18 | | | -14,399.37 |
| 04/25/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | | 19,800.00 | 5,400.63 |
| 04/26/2018 | | Rainmaker Managem... | Rainmaker Manageme... | To R.Mgmt 9340 | 2,700.00 | | | 2,700.63 |
| 04/26/2018 | 164 | U.S. Trustee | Professional Fees | Acct1221731934 | 650.00 | | | 2,050.63 |
| 04/26/2018 | 165 | New Jersey Motor V... | BUSINESS:Travel | MB B58GUA | 64.50 | | | 1,986.13 |
| 04/27/2018 | | Rainmaker Capital of... | Wallington Account | DMS ck1225-1... | | | 2,505.00 | 4,491.13 |
| 04/27/2018 | | John Hancock Insura... | Life Insurance | April2018 | 1,253.83 | | | 3,237.30 |
| 04/27/2018 | 166 | Cash Sale | Jerry A Nardella | cash to Jerry | 250.00 | | | 2,987.30 |
| 04/27/2018 | Wal1226 | DMS Landscaping | Maintenance | Spring Cleanup | 1,455.00 | | | 1,532.30 |
| 04/27/2018 | Wal1227 | DMS Landscaping | Improvements | Upgrade | 745.00 | | | 787.30 |
| 04/27/2018 | Wal1228 | Do-Good-House | DONATION | Scholarship Ni... | 80.00 | | | 707.30 |

Page 1

40 South Mountain Avenue                                          5/9/2018 2:08 PM

Register: Valley National Bank DIP
From 04/01/2018 through 04/30/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/30/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | | 1,100.00 | 1,807.30 |
| 04/30/2018 | | COSTCO WHSE | BUSINESS:Travel | Fuel | 31.63 | | | 1,775.67 |

*Jim Nardella*
5/16/18

12:17 PM
05/14/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 05/10/2018

|  | May 10, 18 |
|---|---:|
| **Beginning Balance** | 6,295.97 |
|   Cleared Transactions |  |
|     Checks and Payments - 34 items | -35,728.46 |
|     Deposits and Credits - 10 items | 33,309.00 |
|   Total Cleared Transactions | -2,419.46 |
| **Cleared Balance** | **3,876.51** |
|   Uncleared Transactions |  |
|     Checks and Payments - 1 item | -2,500.00 |
|   Total Uncleared Transactions | -2,500.00 |
| **Register Balance as of 05/10/2018** | **1,376.51** |
| **Ending Balance** | **1,376.51** |

*[Signature] Jen No... 5/16/18*

Page 1

12:17 PM
05/14/18

# 40 South Mountain Avenue
## Reconciliation Detail
Valley National Bank DIP, Period Ending 05/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 6,295.97 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 34 items** | | | | | | |
| Check | 04/03/2018 | 157 | Law Offices of Jose... | X | -2,500.00 | -2,500.00 |
| Check | 04/11/2018 | | COSTCO WHSE | X | -31.85 | -2,531.85 |
| Check | 04/12/2018 | 159 | Cash Sale | X | -350.00 | -2,881.85 |
| Check | 04/13/2018 | | Penn National Insur... | X | -278.55 | -3,160.40 |
| Check | 04/13/2018 | | COSTCO WHSE | X | -30.49 | -3,190.89 |
| Check | 04/16/2018 | 163 | Wells Fargo Bank, N... | X | -14,397.44 | -17,588.33 |
| Check | 04/16/2018 | | American Express | X | -5,579.34 | -23,167.67 |
| Check | 04/18/2018 | 160 | Cash Sale | X | -500.00 | -23,667.67 |
| Check | 04/18/2018 | | Rainmaker Manage... | X | -300.00 | -23,967.67 |
| Check | 04/18/2018 | | Rainmaker Capital o... | X | -250.00 | -24,217.67 |
| Check | 04/18/2018 | Wal12... | Kevin Clement | X | -225.00 | -24,442.67 |
| Check | 04/18/2018 | | Rainmaker Capital o... | X | -200.00 | -24,642.67 |
| Check | 04/18/2018 | | Rainmaker Manage... | X | -100.00 | -24,742.67 |
| Check | 04/20/2018 | | COSTCO WHSE | X | -37.49 | -24,780.16 |
| Check | 04/22/2018 | 161 | Jerilyn Nardella | X | -700.00 | -25,480.16 |
| Check | 04/23/2018 | 162 | Cash Sale | X | -300.00 | -25,780.16 |
| Check | 04/24/2018 | | 46 Toby Flower | X | -19.18 | -25,799.34 |
| Check | 04/26/2018 | | Rainmaker Manage... | X | -2,700.00 | -28,499.34 |
| Check | 04/26/2018 | 164 | U.S. Trustee | X | -650.00 | -29,149.34 |
| Check | 04/26/2018 | 165 | New Jersey Motor V... | X | -64.50 | -29,213.84 |
| Check | 04/27/2018 | Wal12... | DMS Landscaping | X | -1,455.00 | -30,668.84 |
| Check | 04/27/2018 | | John Hancock Insur... | X | -1,253.83 | -31,922.67 |
| Check | 04/27/2018 | Wal12... | DMS Landscaping | X | -745.00 | -32,667.67 |
| Check | 04/27/2018 | 166 | Cash Sale | X | -250.00 | -32,917.67 |
| Check | 04/27/2018 | Wal12... | Do-Good-House | X | -80.00 | -32,997.67 |
| Check | 04/30/2018 | | COSTCO WHSE | X | -31.63 | -33,029.30 |
| Check | 05/01/2018 | | COSTCO WHSE | X | -28.44 | -33,057.74 |
| Check | 05/02/2018 | | AARP Health Options | X | -544.50 | -33,602.24 |
| Check | 05/02/2018 | 167 | Cash Sale | X | -400.00 | -34,002.24 |
| Check | 05/03/2018 | | Nationwide Life Insu... | X | -1,475.00 | -35,477.24 |
| Check | 05/03/2018 | | AETNA H & L INSU... | X | -207.17 | -35,684.41 |
| Check | 05/05/2018 | | COSTCO WHSE | X | -40.80 | -35,725.21 |
| Check | 05/08/2018 | | Asbury Park Parking | X | -2.00 | -35,727.21 |
| Check | 05/08/2018 | | Asbury Park Parking | X | -1.25 | -35,728.46 |
| **Total Checks and Payments** | | | | | -35,728.46 | -35,728.46 |
| **Deposits and Credits - 10 items** | | | | | | |
| Deposit | 04/16/2018 | | Rainmaker Capital o... | X | 4,000.00 | 4,000.00 |
| Deposit | 04/18/2018 | | Social Security JAN | X | 1,104.00 | 5,104.00 |
| Deposit | 04/25/2018 | | Group 5 Developme... | X | 19,800.00 | 24,904.00 |
| Deposit | 04/27/2018 | | Rainmaker Capital o... | X | 2,505.00 | 27,409.00 |
| Deposit | 04/30/2018 | | Group 5 Developme... | X | 1,100.00 | 28,509.00 |
| Deposit | 05/02/2018 | | Rainmaker Capital o... | X | 1,200.00 | 29,709.00 |
| Deposit | 05/03/2018 | | Rainmaker Capital o... | X | 1,000.00 | 30,709.00 |
| Deposit | 05/06/2018 | | State of New Jersey | X | 500.00 | 31,209.00 |
| Deposit | 05/08/2018 | | Rainmaker Capital o... | X | 1,300.00 | 32,509.00 |
| Deposit | 05/09/2018 | | Rainmaker Capital o... | X | 800.00 | 33,309.00 |
| **Total Deposits and Credits** | | | | | 33,309.00 | 33,309.00 |
| **Total Cleared Transactions** | | | | | -2,419.46 | -2,419.46 |
| **Cleared Balance** | | | | | -2,419.46 | 3,876.51 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 05/04/2018 | 168 | Law Offices of Jose... | | -2,500.00 | -2,500.00 |
| **Total Checks and Payments** | | | | | -2,500.00 | -2,500.00 |
| **Total Uncleared Transactions** | | | | | -2,500.00 | -2,500.00 |
| **Register Balance as of 05/10/2018** | | | | | -4,919.46 | 1,376.51 |
| **Ending Balance** | | | | | -4,919.46 | 1,376.51 |

5/16/18
Jey Kardeh

Page 1



JERRY A NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715

0

Page:                1
Chks Paid:          10
Statement Date:  05/10/18
Account Number:

REDACTED

******************* VNB Milestone Checking    REDACTED    ***********
Non-Check Transactions

| Date | Description | | Amount |
|---|---|---|---|
| 04/13 | DBT Purchase   COSTCO GAS #1177 WAYNE NJ | | 31.85- |
| 04/16 | BILLMATRIX     BILLPAYFEE | | 4.95- |
| 04/16 | PENN NATIONAL CO BILL PAY | | 273.60- |
| 04/16 | TRNSFER FRM CK  XXXXXXXX9316 | | 4,000.00 |
| 04/17 | AMEX EPAYMENT   ACH PMT | | 5,579.34- |
| 04/17 | DBT Purchase   COSTCO GAS #1177 WAYNE NJ | | 30.49- |
| 04/18 | SSA    TREAS 310   XXSOC SEC | | 1,104.00 |
| 04/18 | TRANSFER TO CK  XXXXXXXX9308 | | 200.00- |
| 04/18 | TRANSFER TO CK  XXXXXXXX9340 | | 300.00- |
| 04/18 | TRANSFER TO CK  XXXXXXXX9308 | | 250.00- |
| 04/18 | TRANSFER TO CK  XXXXXXXX9340 | | 100.00- |
| 04/24 | DBT Purchase   46 TOBY FLOWER INC TOTOWA NJ | | 19.18- |
| 04/24 | DBT Purchase   COSTCO GAS #1177 WAYNE NJ | | 37.49- |
| 04/25 | TRNSFER FRM CK  XXXXXXXX9332 | | 19,800.00 |
| 04/26 | TRANSFER TO CK  XXXXXXXX9340 | | 2,700.00- |
| 04/27 | JHUSA           PAYMENTS | | 1,253.83- |
| 04/30 | DBT Purchase   COSTCO GAS #1177 WAYNE NJ | | 31.63- |
| 04/30 | TRNSFER FRM CK  XXXXXXXX9332 | | 1,100.00 |
| 05/02 | TRNSFER FRM CK  XXXXXXXX9308 | | 1,200.00 |
| 05/03 | NATIONWIDE LIFE  PFX LAN PM | | 1,475.00- |
| 05/03 | AETNA H & L     INS PYMT | | 207.17- |
| 05/03 | UnitedHealthcare PREMIUM | | 544.50- |
| 05/03 | DBT Purchase   COSTCO GAS #1177 WAYNE NJ | | 28.44- |
| 05/03 | TRNSFER FRM CK  XXXXXXXX9308 | | 1,000.00 |
| 05/07 | Deposit | | 500.00 |
| 05/08 | DBT Purchase   CITY OF ASBURY PARK ASBURY PARK NJ | | 1.25- |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

*[signed]* Jy Nardella
5/16/18



```
JERRY A NARDELLA                           0           Page:              2
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                                Statement Date:   05/10/18
                                                       Account Number:
```

REDACTED

```
****************** VNB Milestone Checking      REDACTED      ***********
Non-Check Transactions
      Date    Description                                              Amount
      05/08   DBT Purchase    COSTCO GAS #1177                          40.80-
              WAYNE NJ
      05/08   DBT Purchase    CITY OF ASBURY PARK                        2.00-
              ASBURY PARK NJ
      05/08   TRNSFER FRM CK  XXXXXXXX9308                            1,300.00
      05/09   TRNSFER FRM CK  XXXXXXXX9308                              800.00

Checks in Order
         Date  Number         Amount      Date  Number         Amount
         04/12   157         2,500.00     05/01   163        14,397.44
                  *                       05/02   164           650.00
         04/12   159           350.00     05/04   165            64.50
         04/18   160           500.00     04/27   166           250.00
         04/24   161           700.00     05/02   167           400.00
         04/23   162           300.00
          (*) Check Number Missing or Check Converted to  Electronic
              Transaction and Listed Under Non-Check Transactions

Daily Balance Summary
       Date          Balance       Date          Balance       Date          Balance
       04/10        6,295.97       04/24           223.07      05/03        1,385.06
       04/12        3,445.97       04/25        20,023.07      05/04        1,320.56
       04/13        3,414.12       04/26        17,323.07      05/07        1,820.56
       04/16        7,135.57       04/27        15,819.24      05/08        3,076.51
       04/17        1,525.74       04/30        16,887.61      05/09        3,876.51
       04/18        1,279.74       05/01         2,490.17
       04/23          979.74       05/02         2,640.17

Account Summary
Previous Statement Date: 04/10/18
      Beginning                    Interest              Service            Ending
       Balance  +  Deposits  +  Paid  -  Withdrawals  -  Charge    =      Balance
      6,295.97    30,804.00        .00     33,223.46      .00            3,876.51


(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.
```





```
JERRY A NARDELLA                          0              Page:              3
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                                  Statement Date:    05/10/18
                                                         Account Number:
```

REDACTED

****************** VNB Milestone Checking        REDACTED        ***********

Statement from 04/11/18 Thru 05/10/18
YTD Interest Paid              .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

5/16/18
*[signature: Jey Nardella]*