UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period: 05/01/2018 - 05/31/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Jerry A Nardella_        Date  6/19/18
Signature of Debtor

_____        Date _____
Signature of Joint Debtor

_____        Date _____
Signature of Authorized Individual*

_____        _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella  
Debtor

Case No. _____ 17-31934(JKS)  
Reporting Period: 05/01/2018 - 05/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1,775.67 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 39400.00 | |
| **Total Receipts** | 40504.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s)  5/1/2018 | 0 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1475.00 | |
| Insurance   Life Insurance-Nationwide | 1253.83 | |
| Insurance   Life Insurance-John Hancock | 207.17 | |
| Insurance   Medical-JAN AETNA | | |
| Insurance Silverscript JAN | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 979.97 | |
| Medical Expenses | | |
| Household Expenses | 1118.68 | |
| Charitable Contributions | | |
| Other Professional | 13.65 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 1312.53 | |
| Gifts | | |
| Other (attach schedule) | 33239.09 | |
| **Total Ordinary Disbursements** | 39599.92 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | | |
| **Total Disbursements (Ordinary + Reorganization)** | 39599.92 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 904.08 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 2679.75 | |

FORM MOR-1(INDV)  
(9/99)



In re: Jerry A Nardella, Debtor

Case No. 17-31934 (JKS)
Reporting Period: 05/01/2018 - 05/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $6,300.00 | |
| Group 5 Development LLC | $20,000.00 | |
| Rainmaker Capital of Fair Lawn LLC | $10,600.00 | |
| Michael Nardella - reimburse | $2,000.00 | |
| State of NJ - Homestead Rebate | $500.00 | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Penn National Insurance - Parents | $547.15 | |
| AARP - Parents | $544.50 | |
| NJ Division of MV - Parents | $64.50 | |
| American Express | $13,682.94 | |
| Law Offices of Joseph Lilly | $2,500.00 | |
| Jerry Nardella | $600.00 | |
| Rainmaker Capital of Wallington LLC | $9,900.00 | |
| Rainmaker Management LLC | $2,700.00 | |
| Rainmaker Capital of Fair Lawn LLC | $2,700.00 | |
| U.S Trustee | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)



40 South Mountain Avenue

6/6/2018 11:23 AM

Register: Valley National Bank DIP
From 05/01/2018 through 05/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/01/2018 | | COSTCO WHSE | BUSINESS:Travel | Fuel | 28.44 | X | | 1,747.23 |
| 05/02/2018 | | Rainmaker Capital of... | Wallington Account | From RMC Wa... | | X | 1,200.00 | 2,947.23 |
| 05/02/2018 | | AARP Health Options | Anthony Nardella | April #121430... | 544.50 | X | | 2,402.73 |
| 05/02/2018 | 167 | Cash Sale | Miscellaneous | Asbury Park-Jo... | 400.00 | X | | 2,002.73 |
| 05/03/2018 | | Rainmaker Capital of... | Wallington Account | From Wallinto... | | X | 1,000.00 | 3,002.73 |
| 05/03/2018 | | Nationwide Life Insu... | Life Insurance | May2018 Mont... | 1,475.00 | X | | 1,527.73 |
| 05/03/2018 | | AETNA H & L INS... | Medical/Dental Expense | May2018 Mont... | 207.17 | X | | 1,320.56 |
| 05/04/2018 | 168 | Law Offices of Josep... | Loan-The Estate of Le... | May2018 | 2,500.00 | | | -1,179.44 |
| 05/05/2018 | | State of New Jersey | Homestead Rebate | 2016 | | X | 500.00 | -679.44 |
| 05/05/2018 | | COSTCO WHSE | BUSINESS:Travel | Crystal Springs | 40.80 | X | | -720.24 |
| 05/08/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 1,300.00 | 579.76 |
| 05/08/2018 | | Asbury Park Parking | BUSINESS:Travel | | 2.00 | X | | 577.76 |
| 05/08/2018 | | Asbury Park Parking | BUSINESS:Travel | | 1.25 | X | | 576.51 |
| 05/09/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 800.00 | 1,376.51 |
| 05/14/2018 | | COSTCO WHSE | BUSINESS:Travel | Camero Travel | 33.69 | | | 1,342.82 |
| 05/14/2018 | 169 | Jerilyn Nardella | Miscellaneous | LivingExpense | 535.15 | | | 807.67 |
| 05/15/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | From RMC FL... | | | 10,600.00 | 11,407.67 |
| 05/15/2018 | | American Express | Jerry A Nardella | R4432 | 10,682.94 | | | 724.73 |
| 05/16/2018 | | Social Security JAN | Social Security Admini... | May2018 | | | 1,104.00 | 1,828.73 |
| 05/18/2018 | | Michael A Nardella | Jerry A Nardella | ck136 Reimb.A... | | | 2,000.00 | 3,828.73 |
| 05/18/2018 | 170 | Cash Sale | BUSINESS:Travel | cash to Jerry Tr... | 200.00 | | | 3,628.73 |
| 05/19/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | | 2,000.00 | 5,628.73 |
| 05/19/2018 | | American Express | Jerry A Nardella | R2000 Final | 3,000.00 | | | 2,628.73 |
| 05/20/2018 | | COSTCO WHSE | BUSINESS:Travel | Mercedes Trav... | 50.65 | | | 2,578.08 |
| 05/21/2018 | | AMAZON MKTPLA... | BUSINESS:Other | Battle of the B'... | 13.65 | | | 2,564.43 |
| 05/22/2018 | | COSTCO WHSE | BUSINESS:Travel | Camero Travel ... | 38.47 | | | 2,525.96 |
| 05/24/2018 | 171 | Cash Sale | Jerry A Nardella | Vernon Business | 450.00 | | | 2,075.96 |
| 05/25/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | | 20,000.00 | 22,075.96 |
| 05/26/2018 | 172 | John Kelly | Improvements | Plumbing | 900.00 | | | 21,175.96 |
| 05/28/2018 | 173 | Jerilyn Nardella | Miscellaneous | Reimb:Costco | 583.53 | | | 20,592.43 |
| 05/29/2018 | | John Hancock Insura... | Life Insurance | May 2018 | 1,253.83 | | | 19,338.60 |
| 05/29/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | To RMC FL9316 | 2,700.00 | | | 16,638.60 |
| 05/29/2018 | | Rainmaker Capital of... | Wallington Account | To Wallington... | 9,900.00 | | | 6,738.60 |
| 05/29/2018 | | COSTCO WHSE | BUSINESS:Travel | AsburyPK Busi... | 67.23 | | | 6,671.37 |
| 05/30/2018 | | Rainmaker Managem... | Rainmaker Manageme... | To R.Mgmt9340 | 2,700.00 | | | 3,971.37 |
| 05/30/2018 | | Cash Sale | Jerry A Nardella | cash to Jerry | 600.00 | | | 3,371.37 |
| 05/30/2018 | 174 | SEM Security Systems | Miscellaneous | 6/1-8/31/18 Se... | 79.97 | | | 3,291.40 |
| 05/30/2018 | 175 | New Jersey Motor V... | Anthony Nardella | AJN Registration | 64.50 | | | 3,226.90 |
| 05/30/2018 | 176 | Penn National Insura... | Mary T Nardella | AJN Car Ins#1... | 547.15 | | | 2,679.75 |
| 05/31/2018 | | | | | | | | |



2:19 PM
06/11/18

# 40 South Mountain Avenue
## Reconciliation Summary
Valley National Bank DIP, Period Ending 06/10/2018

|  | Jun 10, 18 |
|---|---|
| **Beginning Balance** | 3,876.51 |
|   Cleared Transactions |  |
|     Checks and Payments - 28 items | -44,925.79 |
|     Deposits and Credits - 6 items | 41,304.00 |
|   Total Cleared Transactions | -3,621.79 |
| **Cleared Balance** | **254.72** |
| **Register Balance as of 06/10/2018** | 254.72 |
| **Ending Balance** | 254.72 |

2:20 PM
06/11/18

# 40 South Mountain Avenue
# Reconciliation Detail
### Valley National Bank DIP, Period Ending 06/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 3,876.51 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 28 items** | | | | | | |
| Check | 05/04/2018 | 168 | Law Offices of Jose... | X | -2,500.00 | -2,500.00 |
| Check | 05/14/2018 | 169 | Jerilyn Nardella | X | -535.15 | -3,035.15 |
| Check | 05/14/2018 | | COSTCO WHSE | X | -33.69 | -3,068.84 |
| Check | 05/15/2018 | | American Express | X | -10,682.94 | -13,751.78 |
| Check | 05/18/2018 | 170 | Cash Sale | X | -200.00 | -13,951.78 |
| Check | 05/19/2018 | | American Express | X | -3,000.00 | -16,951.78 |
| Check | 05/20/2018 | | COSTCO WHSE | X | -50.65 | -17,002.43 |
| Check | 05/22/2018 | | COSTCO WHSE | X | -38.47 | -17,040.90 |
| Check | 05/24/2018 | 171 | Cash Sale | X | -450.00 | -17,490.90 |
| Check | 05/26/2018 | 172 | John Kelly | X | -900.00 | -18,390.90 |
| Check | 05/28/2018 | 173 | Jerilyn Nardella | X | -583.53 | -18,974.43 |
| Check | 05/29/2018 | | Rainmaker Capital o... | X | -9,900.00 | -28,874.43 |
| Check | 05/29/2018 | | Rainmaker Capital o... | X | -2,700.00 | -31,574.43 |
| Check | 05/29/2018 | | John Hancock Insur... | X | -1,253.83 | -32,828.26 |
| Check | 05/29/2018 | | COSTCO WHSE | X | -67.23 | -32,895.49 |
| Check | 05/30/2018 | | Rainmaker Manage... | X | -2,700.00 | -35,595.49 |
| Check | 05/30/2018 | 174 | Cash Sale | X | -600.00 | -36,195.49 |
| Check | 05/30/2018 | 175 | SEM Security Syste... | X | -79.97 | -36,275.46 |
| Check | 05/30/2018 | 176 | New Jersey Motor V... | X | -64.50 | -36,339.96 |
| Check | 05/31/2018 | | Penn National Insur... | X | -547.15 | -36,887.11 |
| Check | 06/04/2018 | | Nationwide Life Insu... | X | -1,475.00 | -38,362.11 |
| Check | 06/05/2018 | | Rainmaker Capital o... | X | -5,600.00 | -43,962.11 |
| Check | 06/05/2018 | | AETNA H & L INSU... | X | -207.17 | -44,169.28 |
| Check | 06/06/2018 | | COSTCO WHSE | X | -15.44 | -44,184.72 |
| Check | 06/07/2018 | 178 | Cash Sale | X | -300.00 | -44,484.72 |
| Check | 06/07/2018 | | COSTCO WHSE | X | -37.07 | -44,521.79 |
| Check | 06/08/2018 | 177 | Cash Sale | X | -400.00 | -44,921.79 |
| Check | 06/08/2018 | | Asbury Park Parking | X | -4.00 | -44,925.79 |
| **Total Checks and Payments** | | | | | -44,925.79 | -44,925.79 |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 05/15/2018 | | Rainmaker Capital o... | X | 10,600.00 | 10,600.00 |
| Deposit | 05/16/2018 | | Social Security JAN | X | 1,104.00 | 11,704.00 |
| Deposit | 05/18/2018 | | Michael A Nardella | X | 2,000.00 | 13,704.00 |
| Deposit | 05/19/2018 | | Rainmaker Capital o... | X | 2,000.00 | 15,704.00 |
| Deposit | 05/25/2018 | | Group 5 Developme... | X | 20,000.00 | 35,704.00 |
| Deposit | 06/04/2018 | | Rainmaker Capital o... | X | 5,600.00 | 41,304.00 |
| **Total Deposits and Credits** | | | | | 41,304.00 | 41,304.00 |
| **Total Cleared Transactions** | | | | | -3,621.79 | -3,621.79 |
| **Cleared Balance** | | | | | -3,621.79 | 254.72 |
| **Register Balance as of 06/10/2018** | | | | | -3,621.79 | 254.72 |
| **Ending Balance** | | | | | -3,621.79 | 254.72 |





```
JERRY A NARDELLA                                          Page:              1
40 S MOUNTAIN AVE                              0       Chks Paid:           11
MONTCLAIR NJ 07042-1715                          Statement Date:     06/08/18
                                                 Account Number:
                                                                    REDACTED
```

****************** VNB Milestone Checking      REDACTED ******************
Non-Check Transactions

| Date | Description | | Amount |
|---|---|---|---:|
| 05/15 | TRNSFER FRM CK | XXXXXXXX9316 | 10,600.00 |
| 05/16 | SSA TREAS 310 | XXSOC SEC | 1,104.00 |
| 05/16 | AMEX EPAYMENT | ACH PMT | 10,682.94- |
| 05/16 | DBT Purchase | COSTCO GAS #1177 | 33.69- |
|  | WAYNE NJ | |  |
| 05/18 | Deposit | | 2,000.00 |
| 05/21 | TRNASFER | | 2,000.00 |
| 05/21 | AMEX EPAYMENT | ACH PMT | 3,000.00- |
| 05/22 | DBT Purchase | COSTCO GAS #1177 | 50.65- |
|  | WAYNE NJ | |  |
| 05/24 | DBT Purchase | COSTCO GAS #1177 | 38.47- |
|  | WAYNE NJ | |  |
| 05/25 | TRNSFER FRM CK | XXXXXXXX9332 | 20,000.00 |
| 05/29 | JHUSA | PAYMENTS | 1,253.83- |
| 05/29 | TRANSFER TO CK | XXXXXXXX9316 | 2,700.00- |
| 05/29 | TRANSFER TO CK | XXXXXXXX9308 | 9,900.00- |
| 05/30 | TRANSFER TO CK | XXXXXXXX9340 | 2,700.00- |
| 05/31 | DBT Purchase | COSTCO GAS #1177 | 67.23- |
|  | WAYNE NJ | |  |
| 06/01 | BILLMATRIX | BILLPAYFEE | 4.95- |
| 06/01 | PENN NATIONAL CO | BILL PAY | 542.20- |
| 06/04 | NATIONWIDE LIFE | PFX LAN PM | 1,475.00- |
| 06/04 | TRNSFER FRM CK | XXXXXXXX9308 | 5,600.00 |
| 06/05 | AETNA H & L | INS PYMT | 207.17- |
| 06/05 | TRANSFER TO CK | XXXXXXXX9316 | 5,600.00- |
| 06/06 | DBT Purchase | HARLAND CLARKE CHECK | 15.44- |
|  | SAN ANTONIO TX | |  |
| 06/07 | DBT Purchase | COSTCO GAS #1177 | 37.07- |
|  | WAYNE NJ | |  |
| 06/08 | DBT Purchase | CITY OF ASBURY PARK | 4.00- |
|  | ASBURY PARK NJ | |  |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.





JERRY A NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715

0

Page: 2
Statement Date: 06/08/18
Account Number: REDACTED

****************** VNB Milestone Checking    REDACTED    **********

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 05/14 | 168 | 2,500.00 | 06/06 | 175 | 79.97 |
| 05/16 | 169 | 535.15 | 06/07 | 176 | 64.50 |
| 05/18 | 170 | 200.00 | 06/08 | 177 | 400.00 |
| 05/24 | 171 | 450.00 | 06/07 | 178 | 300.00 |
| * | | | * | | |
| 05/31 | 173 | 583.53 | 05/30 | 672 | 900.00 |
| 05/30 | 174 | 600.00 | | | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/10 | 3,876.51 | 05/22 | 2,578.08 | 06/01 | 2,837.87 |
| 05/14 | 1,376.51 | 05/24 | 2,089.61 | 06/04 | 6,962.87 |
| 05/15 | 11,976.51 | 05/25 | 22,089.61 | 06/05 | 1,155.70 |
| 05/16 | 1,828.73 | 05/29 | 8,235.78 | 06/06 | 1,060.29 |
| 05/18 | 3,628.73 | 05/30 | 4,035.78 | 06/07 | 658.72 |
| 05/21 | 2,628.73 | 05/31 | 3,385.02 | 06/08 | 254.72 |

Account Summary
Previous Statement Date: 05/10/18

| Beginning Balance | + | Deposits | + | Interest Paid | − | Withdrawals | − | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3,876.51 | | 41,304.00 | | .00 | | 44,925.79 | | .00 | | 254.72 |

Statement from 05/11/18 Thru 06/08/18
YTD Interest Paid       .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.