UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period: 06/01/2018 - 06/30/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_[signed] Jerry A Nardella_    7/18/18
Signature of Debtor             Date

_____    _____
Signature of Joint Debtor       Date

_____    _____
Signature of Authorized Individual*    Date

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella  
Debtor

Case No. _____ 17-31934(JKS)  
Reporting Period: 06/01/2018 - 06/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 2,679.75 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 38959.37 | |
| **Total Receipts** | 40063.37 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s)   5/1/2018 | 14397.44 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance   Life Insurance-Nationwide | 1475.00 | |
| Insurance   Life Insurance-John Hancock | 1253.83 | |
| Insurance   Medical-JAN AETNA | 207.17 | |
| Insurance Silverscript JAN | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 4671.50 | |
| Medical Expenses | | |
| Household Expenses | 0.00 | |
| Charitable Contributions | | |
| Other Professional | 50.44 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 434.98 | |
| Gifts | | |
| Other (attach schedule) | 20024.26 | |
| Total Ordinary Disbursements | 42514.62 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 42514.62 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | -2451.25 | |
| Cash - End of Month (Must equal reconciled bank statement) | 228.50 | |

FORM MOR-1(INDV)  
(9/99)



In re _____ Jerry A Nardella    Case No. __17-31934 (JKS)
       Debtor    Reporting Period: 06/01/2018 - 06/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $10,959.00 | |
| Group 5 Development LLC | $20,000.00 | |
| Rainmaker Capital of Fair Lawn LLC | $7,500.00 | |
| Jerry Nardella | $150.00 | |
| Amazon - return | $13.65 | |
| CVS Caremark - reimbursement | $336.72 | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| AARP - Parents | $544.50 | |
| Auto Repair - Parents | $553.00 | |
| American Express | $8,201.76 | |
| Law Offices of Joseph Lilly | $2,500.00 | |
| Jerry Nardella | $650.00 | |
| Rainmaker Capital of Wallington LLC | $1,975.00 | |
| Rainmaker Capital of Fair Lawn LLC | $5,600.00 | |
| U.S Trustee | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

40 South Mountain Avenue

7/12/2018 2:41 PM

Register: Valley National Bank DIP
From 06/01/2018 through 06/30/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/04/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 5,600.00 | 8,279.75 |
| 06/04/2018 | | Rainmaker Capital of... | Wallington Account | cash to Peppy r... | | X | 200.00 | 8,479.75 |
| 06/04/2018 | | Nationwide Life Insu... | Life Insurance | June 2018 | 1,475.00 | X | | 7,004.75 |
| 06/04/2018 | W1235 | Jerry A Nardella | Jerry A Nardella | | 200.00 | X | | 6,804.75 |
| 06/05/2018 | | AMAZON MKTPLA... | BUSINESS:Other | Returned | | X | 13.65 | 6,818.40 |
| 06/05/2018 | | AETNA H & L INS... | Medical/Dental Expense | June 2018 | 207.17 | X | | 6,611.23 |
| 06/05/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | To RMC FL9316 | 5,600.00 | X | | 1,011.23 |
| 06/05/2018 | 179 | Law Offices of Josep... | Loan-The Estate of Le... | June2018#9 | 2,500.00 | X | | -1,488.77 |
| 06/06/2018 | | COSTCO WHSE | Miscellaneous | Check Print Or... | 15.44 | X | | -1,504.21 |
| 06/07/2018 | | COSTCO WHSE | BUSINESS:Travel | AsburyPark Bu... | 37.07 | X | | -1,541.28 |
| 06/07/2018 | 178 | Cash Sale | -split- | cash to Jerry$2... | 300.00 | X | | -1,841.28 |
| 06/08/2018 | | Asbury Park Parking | BUSINESS:Travel | AsburyPk Busi... | 4.00 | X | | -1,845.28 |
| 06/08/2018 | 177 | Cash Sale | Jerry A Nardella | PowerWash Pool | 400.00 | X | | -2,245.28 |
| 06/08/2018 | 183 | Wells Fargo Home ... | Wells Fargo - Loan | May0060468485 | 14,397.44 | X | | -16,642.72 |
| 06/12/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | From RMC FL... | | X | 7,500.00 | -9,142.72 |
| 06/13/2018 | | COSTCO WHSE | BUSINESS:Travel | Camero Busine... | 36.91 | X | | -9,179.63 |
| 06/14/2018 | 181 | Municipal Court of ... | Miscellaneous | | 35.00 | X | | -9,214.63 |
| 06/15/2018 | | American Express | Jerry A Nardella | R2920 | 4,000.00 | X | | -13,214.63 |
| 06/15/2018 | 180 | Cash Sale | -split- | cash to Jerry$1... | 300.00 | X | | -13,514.63 |
| 06/16/2018 | | Asbury Park Parking | BUSINESS:Travel | Parking Meg&... | 10.00 | X | | -13,524.63 |
| 06/18/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 3,225.00 | -10,299.63 |
| 06/19/2018 | | Jerry A Nardella | Jerry A Nardella | cash deposit | | X | 150.00 | -10,149.63 |
| 06/19/2018 | | American Express | Jerry A Nardella | | 4,201.76 | X | | -14,351.39 |
| 06/20/2018 | | Social Security JAN | Social Security Admini... | June 2018 | | X | 1,104.00 | -13,247.39 |
| 06/20/2018 | | AARP Health Options | Anthony Nardella | May#2205906... | 544.50 | X | | -13,791.89 |
| 06/21/2018 | W1240 | Rainmaker Capital of... | Wallington Account | ck1240 Kee M... | | X | 75.00 | -13,716.89 |
| 06/21/2018 | W1241 | Rainmaker Capital of... | Wallington Account | paid Sarah Tra... | | X | 1,824.00 | -11,892.89 |
| 06/21/2018 | 182 | Cash Sale | -split- | $240Grout, $1... | 400.00 | X | | -12,292.89 |
| 06/21/2018 | W1240 | Kee Maintenance Ser... | Maintenance | Clean dryer vents | 75.00 | X | | -12,367.89 |
| 06/21/2018 | W1241 | Sarah Traylor | Landscaping | Wallington ck1... | 1,824.00 | X | | -14,191.89 |
| 06/22/2018 | W1242 | Rainmaker Capital of... | Wallington Account | paid RyanDunn | | X | 35.00 | -14,156.89 |
| 06/22/2018 | | Asbury Park Parking | BUSINESS:Travel | Smith-Made | 2.00 | X | | -14,158.89 |
| 06/22/2018 | W1242 | Ryan Dunn | Professional Fees | Editing | 35.00 | X | | -14,193.89 |
| 06/25/2018 | | CVS Caremark | Medical/Dental Expense | Rcimb:Eucrista... | | X | 336.72 | -13,857.17 |
| 06/25/2018 | 184 | Genesis Car Care | Mary T Nardella | Auto Repair | 553.00 | X | | -14,410.17 |
| 06/26/2018 | | Group 5 Developmen... | Jerry A Nardella | July 2018 | | X | 20,000.00 | 5,589.83 |
| 06/27/2018 | | John Hancock Insura... | Life Insurance | June2018 | 1,253.83 | X | | 4,336.00 |
| 06/27/2018 | | Rainmaker Capital of... | Wallington Account | To Wallington... | 1,975.00 | X | | 2,361.00 |
| 06/27/2018 | 185 | DMS Landscaping | Landscaping | part 10854 | 2,132.50 | X | | 228.50 |

Page 1

2:38 PM
07/12/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 07/10/2018

|  | Jul 10, 18 |
|---|---:|
| **Beginning Balance** | 254.72 |
| **Cleared Transactions** | |
|     Checks and Payments - 26 items | -37,429.81 |
|     Deposits and Credits - 13 items | 37,263.37 |
| **Total Cleared Transactions** | -166.44 |
| **Cleared Balance** | 88.28 |
| **Register Balance as of 07/10/2018** | 88.28 |
| **New Transactions** | |
|     Checks and Payments - 2 items | -2,290.70 |
|     Deposits and Credits - 1 item | 2,650.00 |
| **Total New Transactions** | 359.30 |
| **Ending Balance** | 447.58 |



2:38 PM
07/12/18

# 40 South Mountain Avenue
## Reconciliation Detail
Valley National Bank DIP, Period Ending 07/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 254.72 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 26 items** | | | | | | |
| Check | 05/21/2018 | | AMAZON MKTPLACE | X | -13.65 | -13.65 |
| Check | 06/04/2018 | W1235 | Jerry A Nardella | X | -200.00 | -213.65 |
| Check | 06/05/2018 | 179 | Law Offices of Jose... | X | -2,500.00 | -2,713.65 |
| Check | 06/08/2018 | 183 | Wells Fargo Home ... | X | -14,397.44 | -17,111.09 |
| Check | 06/13/2018 | | COSTCO WHSE | X | -36.91 | -17,148.00 |
| Check | 06/14/2018 | 181 | Municipal Court of M... | X | -35.00 | -17,183.00 |
| Check | 06/15/2018 | | American Express | X | -4,000.00 | -21,183.00 |
| Check | 06/15/2018 | 180 | Cash Sale | X | -300.00 | -21,483.00 |
| Check | 06/16/2018 | | Asbury Park Parking | X | -10.00 | -21,493.00 |
| Check | 06/19/2018 | | American Express | X | -4,201.76 | -25,694.76 |
| Check | 06/20/2018 | | AARP Health Options | X | -544.50 | -26,239.26 |
| Check | 06/21/2018 | W1241 | Sarah Traylor | X | -1,824.00 | -28,063.26 |
| Check | 06/21/2018 | 182 | Cash Sale | X | -400.00 | -28,463.26 |
| Check | 06/21/2018 | W1240 | Kee Maintenance S... | X | -75.00 | -28,538.26 |
| Check | 06/22/2018 | W1242 | Ryan Dunn | X | -35.00 | -28,573.26 |
| Check | 06/22/2018 | | Asbury Park Parking | X | -2.00 | -28,575.26 |
| Check | 06/25/2018 | 184 | Genesis Car Care | X | -553.00 | -29,128.26 |
| Check | 06/27/2018 | 185 | DMS Landscaping | X | -2,132.50 | -31,260.76 |
| Check | 06/27/2018 | | Rainmaker Capital o... | X | -1,975.00 | -33,235.76 |
| Check | 06/27/2018 | | John Hancock Insur... | X | -1,253.83 | -34,489.59 |
| Check | 07/03/2018 | | Nationwide Life Insu... | X | -1,475.00 | -35,964.59 |
| Check | 07/03/2018 | | AETNA H & L INSU... | X | -207.17 | -36,171.76 |
| Check | 07/05/2018 | | United Health Care | X | -544.50 | -36,716.26 |
| Check | 07/05/2018 | | Rainmaker Capital o... | X | -360.00 | -37,076.26 |
| Check | 07/05/2018 | | Penn National Insur... | X | -278.55 | -37,354.81 |
| Check | 07/05/2018 | 187 | Cash Sale | X | -75.00 | -37,429.81 |
| **Total Checks and Payments** | | | | | -37,429.81 | -37,429.81 |
| **Deposits and Credits - 13 items** | | | | | | |
| Deposit | 06/04/2018 | | Rainmaker Capital o... | X | 200.00 | 200.00 |
| Deposit | 06/05/2018 | | AMAZON MKTPLACE | X | 13.65 | 213.65 |
| Deposit | 06/12/2018 | | Rainmaker Capital o... | X | 7,500.00 | 7,713.65 |
| Deposit | 06/18/2018 | | Rainmaker Capital o... | X | 3,225.00 | 10,938.65 |
| Deposit | 06/19/2018 | | Jerry A Nardella | X | 150.00 | 11,088.65 |
| Deposit | 06/20/2018 | | Social Security JAN | X | 1,104.00 | 12,192.65 |
| Deposit | 06/21/2018 | W1240 | Rainmaker Capital o... | X | 75.00 | 12,267.65 |
| Deposit | 06/21/2018 | W1241 | Rainmaker Capital o... | X | 1,824.00 | 14,091.65 |
| Deposit | 06/22/2018 | W1242 | Rainmaker Capital o... | X | 35.00 | 14,126.65 |
| Deposit | 06/25/2018 | | CVS Caremark | X | 336.72 | 14,463.37 |
| Deposit | 06/26/2018 | | Group 5 Developme... | X | 20,000.00 | 34,463.37 |
| Deposit | 07/02/2018 | | Rainmaker Capital o... | X | 2,800.00 | 37,263.37 |
| Check | 07/05/2018 | 186 | void | X | 0.00 | 37,263.37 |
| **Total Deposits and Credits** | | | | | 37,263.37 | 37,263.37 |
| **Total Cleared Transactions** | | | | | -166.44 | -166.44 |
| **Cleared Balance** | | | | | -166.44 | 88.28 |
| **Register Balance as of 07/10/2018** | | | | | -166.44 | 88.28 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 07/11/2018 | 188 | Silver Star Motors | | -640.70 | -640.70 |
| Check | 07/12/2018 | | Rainmaker Manage... | | -1,650.00 | -2,290.70 |
| **Total Checks and Payments** | | | | | -2,290.70 | -2,290.70 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 07/11/2018 | | Rainmaker Capital o... | | 2,650.00 | 2,650.00 |
| **Total Deposits and Credits** | | | | | 2,650.00 | 2,650.00 |
| **Total New Transactions** | | | | | 359.30 | 359.30 |
| **Ending Balance** | | | | | 192.86 | 447.58 |

Page 1



```
JERRY A NARDELLA                          0        Page:                1
40 S MOUNTAIN AVE                                  Chks Paid:           8
MONTCLAIR NJ 07042-1715                            Statement Date: 07/10/18
                                                   Account Number:
```

REDACTED

```
****************** VNB Milestone Checking   REDACTED      **************
Non-Check Transactions
     Date   Description                                            Amount
     06/12  TRNSFER FRM CK    XXXXXXXX9316                        7,500.00
     06/15  DBT Purchase      COSTCO GAS #1177                       36.91-
            WAYNE NJ
     06/18  AMEX EPAYMENT     ACH PMT                             4,000.00-
     06/18  TRNSFER FRM CK    XXXXXXXX9308                        3,225.00
     06/19  DBT Purchase      CITY OF ASBURY PARK                    10.00-
            ASBURY PARK NJ
     06/19  Deposit                                                 150.00
     06/20  SSA   TREAS 310   XXSOC SEC                           1,104.00
     06/20  AMEX EPAYMENT     ACH PMT                             4,201.76-
     06/21  UnitedHealthcare  PREMIUM                               544.50-
     06/25  Deposit                                                 336.72
     06/26  DBT Purchase      CITY OF ASBURY PARK                     2.00-
            ASBURY PARK NJ
     06/26  TRNSFER FRM CK    XXXXXXXX9332                       20,000.00
     06/27  JHUSA             PAYMENTS                            1,253.83-
     06/27  TRANSFER TO CK    XXXXXXXX9308                        1,975.00-
     07/02  TRNSFER FRM CK    XXXXXXXX9308                        2,800.00
     07/03  NATIONWIDE LIFE   PFX LAN PM                          1,475.00-
     07/03  AETNA H & L       INS PYMT                              207.17-
     07/05  BILLMATRIX        BILLPAYFEE                               4.95-
     07/05  PENN NATIONAL CO  BILL PAY                              273.60-
     07/05  UnitedHealthcare  PREMIUM                               544.50-
     07/05  TRANSFER TO CK    XXXXXXXX9308                          360.00-

Checks in Order
       Date Number      Amount         Date Number      Amount
       06/26   179     2,500.00        06/29   184      553.00
       06/15   180       300.00        06/29   185    2,132.50
       06/21   181        35.00              *
       06/21   182       400.00        07/05   187       75.00
       07/02   183    14,397.44
            (*) Check Number Missing or Check Converted to  Electronic
                Transaction and Listed Under Non-Check Transactions
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.





JERRY A NARDELLA                        0                    Page:              2
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                              Statement Date:    07/10/18
                                                     Account Number:

REDACTED

REDACTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* VNB Milestone Checking                          /\*\*\*\*\*\*\*\*\*
Daily Balance Summary
    Date            Balance      Date         Balance      Date          Balance
    06/08            254.72      06/20        3,685.05     06/29       14,625.94
    06/12          7,754.72      06/21        2,705.55     07/02        3,028.50
    06/15          7,417.81      06/25        3,042.27     07/03        1,346.33
    06/18          6,642.81      06/26       20,540.27     07/05           88.28
    06/19          6,782.81      06/27       17,311.44

Account Summary
Previous Statement Date: 06/08/18
    Beginning                       Interest                Service         Ending
    Balance    +   Deposits    +   Paid    -  Withdrawals - Charge    =    Balance
    254.72        35,115.72         .00       35,282.16      .00             88.28

Statement from 06/09/18 Thru 07/10/18
YTD Interest Paid                  .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

