UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re __Jerry A Nardella__

Case No. __17-31934 (JKS)__
Reporting Period: __07/01/2018 - 07/31/2018__

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| | | | | |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____     __Aug 16, 2018__
Signature of Debtor                  Date

_____     _____
Signature of Joint Debtor            Date

_____     _____
Signature of Authorized Individual*  Date

_____     _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella  
Debtor

Case No. _____ 17-31934(JKS)  
Reporting Period: 07/01/2018 - 07/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | | |
|---|---:|---|
| Cash - Beginning of Month | 228.50 | |
| Jerry A Nardella account 6648 | | |
| **Receipts** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 27550.00 | |
| **Total Receipts** | 28654.00 | |
| | | |
| **Disbursements** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance     Life Insurance-Nationwide | 1475.00 | |
| Insurance     Life Insurance-John Hancock | 1253.83 | |
| Insurance     Medical-JAN AETNA | 207.17 | |
| Insurance  Silverscript JAN | | |
| Auto Expense | 640.70 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 625.00 | |
| Medical Expenses | | |
| Household Expenses | 750.16 | |
| Charitable Contributions | | |
| Other Professional | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 303.83 | |
| Gifts | | |
| Other (attach schedule) | 17363.05 | |
| Total Ordinary Disbursements | 22618.74 | |
| | | |
| Professional Fees | | |
| U. S. Trustee Fees | 975.00 | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 975.00 | |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | 23593.74 | |
| | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 5060.26 | |
| | | |
| Cash - End of Month (Must equal reconciled bank statement) | 5288.76 | |

FORM MOR-1(INDV)  
(9/99)



In re _____ Jerry A Nardella
Debtor

Case No. __17-31934 (JKS)
Reporting Period: 07/01/2018 - 07/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

### Income

| | | |
|---|---:|---|
| Rainmaker Capital of Wallington LLC | $7,550.00 | |
| Group 5 Development LLC | $20,000.00 | |
| Rainmaker Capital of Fair Lawn LLC | | |
| Jerry Nardella | | |

### ...nary Disbursements

| | | |
|---|---:|---|
| AARP - Parents | $544.50 | |
| Auto Repair - Parents | $180.00 | |
| Auto Insurance - Parents | $278.55 | |
| American Express | $10,000.00 | |
| Jerry Nardella | $375.00 | |
| Rainmaker Capital of Wallington LLC | $360.00 | |
| Rainmaker Capital of Fair Lawn LLC | $3,975.00 | |
| Rainmaker Management LLC | $1,650.00 | |

### ...ganization Expenses

FORM MOR-1 (INDV) (CON'T)
(9/99)

40 South Mountain Avenue          8/14/2018 1:00 PM

Register: Valley National Bank DIP
From 07/01/2018 through 07/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 07/02/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 2,800.00 | 3,028.50 |
| 07/03/2018 | | Nationwide Life Insu... | Life Insurance | July 2018 | 1,475.00 | X | | 1,553.50 |
| 07/03/2018 | | AETNA H & L INS... | Medical/Dental Expense | July 2018 | 207.17 | X | | 1,346.33 |
| 07/05/2018 | | Penn National Insura... | Mary T Nardella | AJN & MTN Ins | 278.55 | X | | 1,067.78 |
| 07/05/2018 | | United Health Care | Anthony Nardella | AJN Ins. | 544.50 | X | | 523.28 |
| 07/05/2018 | | Rainmaker Capital of... | Wallington Account | To Wallington... | 360.00 | X | | 163.28 |
| 07/05/2018 | 186 | void | Miscellaneous | voided check | | X | | 163.28 |
| 07/05/2018 | 187 | Cash Sale | Jerry A Nardella | cash to Jerry | 75.00 | X | | 88.28 |
| 07/11/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 2,650.00 | 2,738.28 |
| 07/11/2018 | 188 | Silver Star Motors | BUSINESS:Travel | Repair MB | 640.70 | X | | 2,097.58 |
| 07/12/2018 | | Rainmaker Managem... | Rainmaker Manageme... | To R.Mgmt9340 | 1,650.00 | X | | 447.58 |
| 07/13/2018 | 189 | Cash Sale | Jerry A Nardella | cash to Jerry | 300.00 | X | | 147.58 |
| 07/16/2018 | 191 | Cash Sale | Jerry A Nardella | 7/16&8/3Grout... | 400.00 | X | | -252.42 |
| 07/17/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 2,100.00 | 1,847.58 |
| 07/18/2018 | | Social Security JAN | Social Security Admini... | July2018 | | X | 1,104.00 | 2,951.58 |
| 07/19/2018 | 190 | Jerilyn Nardella | Miscellaneous | Costco Reimbu... | 750.16 | X | | 2,201.42 |
| 07/25/2018 | 192 | Cash Sale | Jerry A Nardella | AsburyPark,Tr... | 300.00 | X | | 1,901.42 |
| 07/27/2018 | | Group 5 Developmen... | Jerry A Nardella | August 2018 | | X | 20,000.00 | 21,901.42 |
| 07/27/2018 | | John Hancock Insura... | Life Insurance | July 2018 | 1,253.83 | X | | 20,647.59 |
| 07/27/2018 | | Asbury Park Parking | BUSINESS:Travel | | 3.83 | X | | 20,643.76 |
| 07/27/2018 | 193 | U.S. Trustee | Professional Fees | 2ndQ2018Acct... | 975.00 | X | | 19,668.76 |
| 07/27/2018 | 194 | Genesis Car Care | Mary T Nardella | Car Battery | 180.00 | X | | 19,488.76 |
| 07/30/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | To RMC FL9316 | 3,975.00 | X | | 15,513.76 |
| 07/30/2018 | | American Express | Jerry A Nardella | R647 | 10,000.00 | X | | 5,513.76 |
| 07/30/2018 | 195 | JR Welding | Improvements | Repair Outdoor... | 225.00 | X | | 5,288.76 |

11:21 AM
08/14/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 08/10/2018

|  | Aug 10, 18 |
|---|---:|
| **Beginning Balance** | 88.28 |
| **Cleared Transactions** |  |
|     Checks and Payments - 20 items | -26,655.19 |
|     Deposits and Credits - 6 items | 33,604.00 |
| **Total Cleared Transactions** | 6,948.81 |
| **Cleared Balance** | 7,037.09 |
| **Uncleared Transactions** |  |
|     Checks and Payments - 3 items | -5,780.00 |
| **Total Uncleared Transactions** | -5,780.00 |
| **Register Balance as of 08/10/2018** | 1,257.09 |
| **Ending Balance** | 1,257.09 |

11:21 AM
08/14/18

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank DIP, Period Ending 08/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 88.28 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 20 items** | | | | | | |
| Check | 07/11/2018 | 188 | Silver Star Motors | X | -640.70 | -640.70 |
| Check | 07/12/2018 | | Rainmaker Manage... | X | -1,650.00 | -2,290.70 |
| Check | 07/13/2018 | 189 | Cash Sale | X | -300.00 | -2,590.70 |
| Check | 07/16/2018 | 191 | Cash Sale | X | -400.00 | -2,990.70 |
| Check | 07/19/2018 | 190 | Jerilyn Nardella | X | -750.16 | -3,740.86 |
| Check | 07/25/2018 | 192 | Cash Sale | X | -300.00 | -4,040.86 |
| Check | 07/27/2018 | | John Hancock Insur... | X | -1,253.83 | -5,294.69 |
| Check | 07/27/2018 | 193 | U.S. Trustee | X | -975.00 | -6,269.69 |
| Check | 07/27/2018 | 194 | Genesis Car Care | X | -180.00 | -6,449.69 |
| Check | 07/27/2018 | | Asbury Park Parking | X | -3.83 | -6,453.52 |
| Check | 07/30/2018 | | American Express | X | -10,000.00 | -16,453.52 |
| Check | 07/30/2018 | | Rainmaker Capital o... | X | -3,975.00 | -20,428.52 |
| Check | 07/30/2018 | 195 | JR Welding | X | -225.00 | -20,653.52 |
| Check | 08/01/2018 | | AETNA H & L INSU... | X | -207.17 | -20,860.69 |
| Check | 08/03/2018 | | Nationwide Life Insu... | X | -1,475.00 | -22,335.69 |
| Check | 08/03/2018 | | Rainmaker Manage... | X | -1,475.00 | -23,810.69 |
| Check | 08/03/2018 | 196 | Cash Sale | X | -300.00 | -24,110.69 |
| Check | 08/06/2018 | | AARP Health Options | X | -544.50 | -24,655.19 |
| Check | 08/10/2018 | 199 | Mary T Nardella | X | -1,700.00 | -26,355.19 |
| Check | 08/10/2018 | 198 | Cash Sale | X | -300.00 | -26,655.19 |
| **Total Checks and Payments** | | | | | -26,655.19 | -26,655.19 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 07/11/2018 | | Rainmaker Capital o... | X | 2,650.00 | 2,650.00 |
| Deposit | 07/17/2018 | | Rainmaker Capital o... | X | 2,100.00 | 4,750.00 |
| Deposit | 07/18/2018 | | Social Security JAN | X | 1,104.00 | 5,854.00 |
| Deposit | 07/27/2018 | | Group 5 Developme... | X | 20,000.00 | 25,854.00 |
| Deposit | 08/03/2018 | | Rainmaker Manage... | X | 375.00 | 26,229.00 |
| Deposit | 08/08/2018 | | Rainmaker Capital o... | X | 1,700.00 | 27,929.00 |
| Deposit | 08/08/2018 | | Mary T Nardella | X | 1,700.00 | 29,629.00 |
| Deposit | 08/09/2018 | | Rainmaker Capital o... | X | 3,975.00 | 33,604.00 |
| **Total Deposits and Credits** | | | | | 33,604.00 | 33,604.00 |
| **Total Cleared Transactions** | | | | | 6,948.81 | 6,948.81 |
| **Cleared Balance** | | | | | 6,948.81 | 7,037.09 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 08/09/2018 | 197 | DMS Landscaping | | -480.00 | -480.00 |
| Check | 08/10/2018 | | American Express | | -5,000.00 | -5,480.00 |
| Check | 08/10/2018 | 200 | JR Welding | | -300.00 | -5,780.00 |
| **Total Checks and Payments** | | | | | -5,780.00 | -5,780.00 |
| **Total Uncleared Transactions** | | | | | -5,780.00 | -5,780.00 |
| **Register Balance as of 08/10/2018** | | | | | 1,168.81 | 1,257.09 |
| **Ending Balance** | | | | | 1,168.81 | 1,257.09 |



Page 1



```
JERRY A NARDELLA
40 S MOUNTAIN AVE                              0           Page:                    1
MONTCLAIR NJ 07042-1715                                    Chks Paid:              11
                                                           Statement Date:   08/10/18
                                                           Account Number:
```

REDACTED

****************** VNB Milestone Checking      REDACTED      ************

**Non-Check Transactions**

| Date | Description | | Amount |
|---|---|---|---|
| 07/11 | TRNSFER FRM CK | XXXXXXXX9308 | 2,650.00 |
| 07/12 | TRANSFER TO CK | XXXXXXXX9340 | 1,650.00- |
| 07/17 | TRNSFER FRM CK | XXXXXXXX9308 | 2,100.00 |
| 07/18 | SSA  TREAS 310 | XXSOC SEC | 1,104.00 |
| 07/27 | JHUSA | PAYMENTS | 1,253.83- |
| 07/27 | DBT Purchase   CITY OF ASBURY PARK ASBURY PARK NJ | | 3.83- |
| 07/27 | PHONE REQUEST JERREY   NARDELLA | | 20,000.00 |
| 07/30 | TRANSFER TO CK | XXXXXXXX9340 | 1,475.00- |
| 07/30 | AMEX EPAYMENT  ACH PMT | | 10,000.00- |
| 07/30 | TRANSFER | | 3,975.00- |
| 08/03 | NATIONWIDE LIFE  PFX LAN PM | | 1,475.00- |
| 08/03 | AETNA H & L    INS PYMT | | 207.17- |
| 08/03 | OVER THE PHONE | | 375.00 |
| 08/06 | UnitedHealthcare PREMIUM | | 544.50- |
| 08/08 | OVER THE PHONE | | 1,700.00 |
| 08/08 | Deposit | | 1,700.00 |
| 08/09 | TRNSFER FRM CK | XXXXXXXX9316 | 3,975.00 |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 07/13 | 188 | 640.70 | 08/06 | 194 | 180.00 |
| 07/13 | 189 | 300.00 | 08/01 | 195 | 225.00 |
| 07/20 | 190 | 750.16 | 08/03 | 196 | 300.00 |
| 07/19 | 191 | 400.00 | | * | |
| 07/25 | 192 | 300.00 | 08/10 | 198 | 300.00 |
| 08/02 | 193 | 975.00 | 08/10 | 199 | 1,700.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/10 | 88.28 | 07/11 | 2,738.28 | 07/12 | 1,088.28 |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.





**Valley National Bank**

```
JERRY A NARDELLA                    0              Page:              2
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                            Statement Date:  08/10/18
                                                   Account Number:
```

REDACTED

REDACTED

****************** VNB Milestone Checking    *******************

**Daily Balance Summary**

| Date  | Balance   | Date  | Balance   | Date  | Balance  |
|-------|-----------|-------|-----------|-------|----------|
| 07/13 | 147.58    | 07/27 | 20,643.76 | 08/08 | 5,062.09 |
| 07/17 | 2,247.58  | 07/30 | 5,193.76  | 08/09 | 9,037.09 |
| 07/18 | 3,351.58  | 08/01 | 4,968.76  | 08/10 | 7,037.09 |
| 07/19 | 2,951.58  | 08/02 | 3,993.76  |       |          |
| 07/20 | 2,201.42  | 08/03 | 2,386.59  |       |          |
| 07/25 | 1,901.42  | 08/06 | 1,662.09  |       |          |

**Account Summary**
Previous Statement Date: 07/10/18

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 88.28 | | 33,604.00 | | .00 | | 26,655.19 | | .00 | | 7,037.09 |

Statement from 07/11/18 Thru 08/10/18
YTD Interest Paid                .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

