UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period: 08/01/2018 - 08/31/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | • | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Jerry A Nardella_ (signed)
Signature of Debtor

Date: Sept 18, 2018

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella  
Debtor

Case No. _____ 17-31934(JKS)  
Reporting Period: 08/01/2018 - 08/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month | Cumulative Filing to Date |
|---|---|---|
| Cash - Beginning of Month | 5,288.76 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 31100.00 | |
| **Total Receipts** | 32204.00 | |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance      Life Insurance-Nationwide | 1475.00 | |
| Insurance      Life Insurance-John Hancock | 1253.83 | |
| Insurance      Medical-JAN AETNA | 207.17 | |
| Insurance Silverscript JAN | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 780.00 | |
| Medical Expenses | | |
| Household Expenses | 309.57 | |
| Charitable Contributions | | |
| Other Professional | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 1303.5 | |
| Gifts | | |
| Other (attach schedule) | 13177.11 | |
| **Total Ordinary Disbursements** | 18506.18 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 0.00 | |
| | | |
| **Total Disbursements (Ordinary + Reorganization)** | 18506.18 | |
| | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 13697.82 | |
| | | |
| Cash - End of Month (Must equal reconciled bank statement) | 18986.58 | |

FORM MOR-1(INDV)  
(9/99)



In re _____ Jerry A Nardella  
Debtor

Case No.__17-31934 (JKS)  
Reporting Period:_08/01/2018 - 08/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

### Income

| | | |
|---|---|---|
| Rainmaker Capital of Wallington LLC | $3,850.00 | |
| Group 5 Development LLC | $19,200.00 | |
| Rainmaker Capital of Fair Lawn LLC | $5,975.00 | |
| Rainmaker Management LLC | $375.00 | |
| Mary T Nardella | $1,700.00 | |

### Ordinary Disbursements

| | | |
|---|---|---|
| AARP - Parents | $544.50 | |
| American Express | $9,007.61 | |
| Jerry Nardella | $450.00 | |
| Rainmaker Management LLC | $1,475.00 | |
| Mary T Nardella | $1,700.00 | |

### Other Reorganization Expenses

FORM MOR-1 (INDV) (CON'T)  
(9/99)

40 South Mountain Avenue

9/13/2018 1:32 PM

Register: Valley National Bank DIP
From 08/01/2018 through 08/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 08/01/2018 | | AETNA H & L INS... | Medical/Dental Expense | Aug2018 | 207.17 | X | | 5,081.59 |
| 08/03/2018 | | Rainmaker Managem... | Rainmaker Manageme... | From R.Mgmt9... | | X | 375.00 | 5,456.59 |
| 08/03/2018 | | Rainmaker Managem... | Rainmaker Manageme... | To R.Mgmt9340 | 1,475.00 | X | | 3,981.59 |
| 08/03/2018 | | Nationwide Life Insu... | Life Insurance | August2018 | 1,475.00 | X | | 2,506.59 |
| 08/03/2018 | 196 | Cash Sale | BUSINESS:Travel | AsburyPark-S... | 300.00 | X | | 2,206.59 |
| 08/06/2018 | | AARP Health Options | Anthony Nardella | July#26796752... | 544.50 | X | | 1,662.09 |
| 08/08/2018 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 1,700.00 | 3,362.09 |
| 08/08/2018 | | Mary T Nardella | Mary T Nardella | From MTN | | X | 1,700.00 | 5,062.09 |
| 08/09/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | From RMC FL... | | X | 3,975.00 | 9,037.09 |
| 08/09/2018 | 197 | DMS Landscaping | Landscaping | JULY FINAL ... | 480.00 | X | | 8,557.09 |
| 08/10/2018 | | American Express | Jerry A Nardella | R376 | 5,000.00 | X | | 3,557.09 |
| 08/10/2018 | 198 | Cash Sale | BUSINESS:Travel | NH,Franklin,S... | 300.00 | X | | 3,257.09 |
| 08/10/2018 | 199 | Mary T Nardella | Mary T Nardella | return of 8/8/20... | 1,700.00 | X | | 1,557.09 |
| 08/10/2018 | 200 | JR Welding | Improvements | 2nd pmt Outdo... | 300.00 | X | | 1,257.09 |
| 08/15/2018 | | Social Security JAN | Social Security Admini... | August2018 | | X | 1,104.00 | 2,361.09 |
| 08/16/2018 | | Rainmaker Capital of... | Wallington Account | From RMC Wa... | | X | 2,150.00 | 4,511.09 |
| 08/16/2018 | | American Express | Jerry A Nardella | 35003 | 4,007.61 | X | | 503.48 |
| 08/16/2018 | 201 | Cash Sale | BUSINESS:Travel | AsburyPk$40 c... | 300.00 | X | | 203.48 |
| 08/21/2018 | | COSTCO WHSE | Miscellaneous | | 130.47 | X | | 73.01 |
| 08/24/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | From RMC FL... | | X | 2,000.00 | 2,073.01 |
| 08/24/2018 | | Asbury Park Parking | BUSINESS:Travel | Parking | 3.50 | X | | 2,069.51 |
| 08/24/2018 | 202 | Cash Sale | BUSINESS:Travel | AsburyPark | 400.00 | X | | 1,669.51 |
| 08/27/2018 | | John Hancock Insura... | Life Insurance | August2018 | 1,253.83 | X | | 415.68 |
| 08/27/2018 | | COSTCO WHSE | Miscellaneous | | 179.10 | X | | 236.58 |
| 08/31/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | X | 19,200.00 | 19,436.58 |
| 08/31/2018 | 203 | Cash Sale | Jerry A Nardella | Cash to JAN | 450.00 | X | | 18,986.58 |

Page 1

11:10 AM
09/11/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 09/10/2018

|  | Sep 10, 18 |
|---|---:|
| **Beginning Balance** | 7,037.09 |
| Cleared Transactions |  |
|     Checks and Payments - 16 items | -32,149.67 |
|     Deposits and Credits - 5 items | 25,454.00 |
| **Total Cleared Transactions** | -6,695.67 |
| **Cleared Balance** | **341.42** |
| **Register Balance as of 09/10/2018** | **341.42** |
| **Ending Balance** | **341.42** |

11:10 AM
09/11/18

# 40 South Mountain Avenue
## Reconciliation Detail
Valley National Bank DIP, Period Ending 09/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 7,037.09 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Check | 08/09/2018 | 197 | DMS Landscaping | X | -480.00 | -480.00 |
| Check | 08/10/2018 | | American Express | X | -5,000.00 | -5,480.00 |
| Check | 08/10/2018 | 200 | JR Welding | X | -300.00 | -5,780.00 |
| Check | 08/16/2018 | | American Express | X | -4,007.61 | -9,787.61 |
| Check | 08/16/2018 | 201 | Cash Sale | X | -300.00 | -10,087.61 |
| Check | 08/21/2018 | | COSTCO WHSE | X | -130.47 | -10,218.08 |
| Check | 08/24/2018 | 202 | Cash Sale | X | -400.00 | -10,618.08 |
| Check | 08/24/2018 | | Asbury Park Parking | X | -3.50 | -10,621.58 |
| Check | 08/27/2018 | | John Hancock Insur... | X | -1,253.83 | -11,875.41 |
| Check | 08/27/2018 | | COSTCO WHSE | X | -179.10 | -12,054.51 |
| Check | 08/31/2018 | 203 | Cash Sale | X | -450.00 | -12,504.51 |
| Check | 09/04/2018 | | Rainmaker Capital o... | X | -17,000.00 | -29,504.51 |
| Check | 09/04/2018 | | Nationwide Life Insu... | X | -1,475.00 | -30,979.51 |
| Check | 09/04/2018 | | AETNA H & L INSU... | X | -225.66 | -31,205.17 |
| Check | 09/06/2018 | | United Health Care | X | -544.50 | -31,749.67 |
| Check | 09/07/2018 | 204 | Cash Sale | X | -400.00 | -32,149.67 |
| **Total Checks and Payments** | | | | | -32,149.67 | -32,149.67 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 08/15/2018 | | Social Security JAN | X | 1,104.00 | 1,104.00 |
| Deposit | 08/16/2018 | | Rainmaker Capital o... | X | 2,150.00 | 3,254.00 |
| Deposit | 08/24/2018 | | Rainmaker Capital o... | X | 2,000.00 | 5,254.00 |
| Deposit | 08/31/2018 | | Group 5 Developme... | X | 19,200.00 | 24,454.00 |
| Deposit | 09/05/2018 | | Rainmaker Capital o... | X | 1,000.00 | 25,454.00 |
| **Total Deposits and Credits** | | | | | 25,454.00 | 25,454.00 |
| **Total Cleared Transactions** | | | | | -6,695.67 | -6,695.67 |
| **Cleared Balance** | | | | | -6,695.67 | 341.42 |
| **Register Balance as of 09/10/2018** | | | | | -6,695.67 | 341.42 |
| **Ending Balance** | | | | | -6,695.67 | 341.42 |



```
JERRY A NARDELLA
40 S MOUNTAIN AVE                              0              Page:              1
MONTCLAIR NJ 07042-1715                                        Chks Paid:         6
                                                               Statement Date: 09/10/18
                                                               Account Number:

                                                                              REDACTED
```

******************* VNB Milestone Checking    REDACTED    ************

**Non-Check Transactions**

| Date | Description | | Amount |
|---|---|---|---|
| 08/13 | AMEX EPAYMENT | ACH PMT | 5,000.00- |
| 08/15 | SSA  TREAS 310 | XXSOC SEC | 1,104.00 |
| 08/16 | TRNSFER FRM CK | XXXXXXXX9308 | 2,150.00 |
| 08/17 | AMEX EPAYMENT | ACH PMT | 4,007.61- |
| 08/21 | DBT Purchase WAYNE NJ | COSTCO WHSE #1177 | 130.47- |
| 08/24 | DBT Purchase ASBURY PARK NJ | CITY OF ASBURY PARK | 3.50- |
| 08/24 | BY JERRY | | 2,000.00 |
| 08/27 | JHUSA | PAYMENTS | 1,253.83- |
| 08/28 | DBT Purchase WAYNE NJ | COSTCO WHSE #1177 | 179.10- |
| 08/31 | TRNSFER FRM CK | XXXXXXXX9332 | 19,200.00 |
| 09/04 | TRANSFER TO CK | XXXXXXXX9308 | 17,000.00- |
| 09/04 | NATIONWIDE LIFE | PFX LAN PM | 1,475.00- |
| 09/04 | AETNA H & L | INS PYMT | 225.66- |
| 09/05 | PHONE REQUEST BY JERRY A NARDELL | | 1,000.00 |
| 09/06 | UnitedHealthcare PREMIUM | | 544.50- |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 08/13 | 197 | 480.00 | 08/24 | 202 | 400.00 |
| | * | | 08/31 | 203 | 450.00 |
| 08/13 | 200 | 300.00 | 09/07 | 204 | 400.00 |
| 08/16 | 201 | 300.00 | | | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/10 | 7,037.09 | 08/16 | 4,211.09 | 08/24 | 1,669.51 |
| 08/13 | 1,257.09 | 08/17 | 203.48 | 08/27 | 415.68 |
| 08/15 | 2,361.09 | 08/21 | 73.01 | 08/28 | 236.58 |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.





```
JERRY A NARDELLA                    0              Page:              2
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                            Statement Date:   09/10/18
                                                   Account Number:
```

REDACTED

```
****************** VNB Milestone Checking    REDACTED    ************
Daily Balance Summary
    Date         Balance       Date       Balance      Date       Balance
    08/31       18,986.58
    09/04          285.92
    09/05        1,285.92
    09/06          741.42
    09/07          341.42

Account Summary
Previous Statement Date: 08/10/18
    Beginning                       Interest              Service         Ending
    Balance    +  Deposits    +  Paid  -  Withdrawals  -  Charge    =    Balance
    7,037.09      25,454.00         .00      32,149.67      .00          341.42

Statement from 08/11/18 Thru 09/10/18
YTD Interest Paid               .00
```


(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

