UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re: Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period: 09/01/2018 - 09/30/2018

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | . |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Jerry A Nardella_   10/18/18
Signature of Debtor   Date

_____   _____
Signature of Joint Debtor   Date

_____   _____
Signature of Authorized Individual*   Date

_____   _____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella  
Debtor

Case No. _____ 17-31934(JKS)  
Reporting Period: 09/01/2018 - 09/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 18,986.58 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 11600.00 | |
| **Total Receipts** | 12704.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance    Life Insurance-Nationwide | 1475.00 | |
| Insurance    Life Insurance-John Hancock | 1253.83 | |
| Insurance    Medical-JAN AETNA | 225.66 | |
| Insurance Silverscript JAN | | |
| Auto Expense | 310.00 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 479.81 | |
| Medical Expenses | | |
| Household Expenses | 0.00 | |
| Charitable Contributions | | |
| Other Professional | 15.00 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 850 | |
| Gifts | | |
| Other (attach schedule) | 27065.86 | |
| Total Ordinary Disbursements | 31675.16 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 0.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 31675.16 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | -18971.16 | |
| Cash - End of Month (Must equal reconciled bank statement) | 15.42 | |

FORM MOR-1(INDV)  
(9/99)



In re _____ Jerry A Nardella
        Debtor

Case No. __17-31934 (JKS)
Reporting Period: 09/01/2018 - 09/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $1,000.00 | |
| Group 5 Development LLC | $0.00 | |
| Rainmaker Capital of Fair Lawn LLC | $1,800.00 | |
| Rainmaker Management LLC | $0.00 | |
| Michael Nardella | $8,800.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Auto Ins-Parents | $276.15 | |
| AARP - Parents | $544.50 | |
| American Express | $8,670.21 | |
| Jerry Nardella | $400.00 | |
| Rainmaker Capital of Wallington LLC | $17,175.00 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)



40 South Mountain Avenue                                            10/11/2018 11:52 AM

Register: Valley National Bank DIP
From 09/01/2018 through 09/30/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/04/2018 |  | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 17,000.00 | X |  | 1,986.58 |
| 09/04/2018 |  | Nationwide Life Insu... | Life Insurance | September2018 | 1,475.00 | X |  | 511.58 |
| 09/04/2018 |  | AETNA H & L INS... | Medical/Dental Expense | Sept2018-new ... | 225.66 | X |  | 285.92 |
| 09/05/2018 |  | Rainmaker Capital of... | Wallington Account | From RMC Wa... |  | X | 1,000.00 | 1,285.92 |
| 09/06/2018 |  | United Health Care | Anthony Nardella | AJN | 544.50 | X |  | 741.42 |
| 09/07/2018 | 204 | Cash Sale | BUSINESS:Entertainm... | Business Vikes... | 400.00 | X |  | 341.42 |
| 09/10/2018 |  | Michael A Nardella | Michael A. Nardella | Reimbursement |  |  | 100.00 | 441.42 |
| 09/13/2018 |  | Rainmaker Capital of... | RMC of Fair Lawn LLC | LoanFromRM... |  |  | 1,800.00 | 2,241.42 |
| 09/13/2018 | 205 | Silver Star Motors | BUSINESS:Travel | Mercedes Trav... | 310.00 |  |  | 1,931.42 |
| 09/13/2018 | 206 | Cash Sale | BUSINESS:Travel | Trip to Philly-S... | 450.00 |  |  | 1,481.42 |
| 09/16/2018 |  | Penn National Insura... | Mary T Nardella | AJN Auto Ins | 271.20 |  |  | 1,210.22 |
| 09/16/2018 |  | Penn National Insura... | Mary T Nardella | AJN Auto Ins fee | 4.95 |  |  | 1,205.27 |
| 09/17/2018 | 207 | Pennella's Landscape... | Landscaping | Aug#202373 | 479.81 |  |  | 725.46 |
| 09/18/2018 |  | Michael A Nardella | Michael A. Nardella | Michael |  |  | 8,700.00 | 9,425.46 |
| 09/18/2018 |  | Valley National Bank | Bank Fee | Wire Fee | 15.00 |  |  | 9,410.46 |
| 09/18/2018 |  | American Express | Jerry A Nardella | R4750 | 8,670.21 |  |  | 740.25 |
| 09/19/2018 |  | Social Security JAN | Social Security Admini... | September 2018 |  |  | 1,104.00 | 1,844.25 |
| 09/20/2018 |  | Rainmaker Capital of... | Wallington Account | To Wallington... | 175.00 |  |  | 1,669.25 |
| 09/20/2018 | 208 | Cash Sale | Jerry A Nardella | Cash to Jerry | 400.00 |  |  | 1,269.25 |
| 09/27/2018 |  | John Hancock Insura... | Life Insurance | September 2018 | 1,253.83 |  |  | 15.42 |



4:24 PM
10/11/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 10/10/2018

|  | Oct 10, 18 |
|---|---|
| **Beginning Balance** | 341.42 |
| Cleared Transactions |  |
|    Checks and Payments - 21 items | -21,542.20 |
|    Deposits and Credits - 5 items | 21,704.00 |
| Total Cleared Transactions | 161.80 |
| **Cleared Balance** | 503.22 |
| Uncleared Transactions |  |
|    Checks and Payments - 1 item | -350.00 |
| Total Uncleared Transactions | -350.00 |
| **Register Balance as of 10/10/2018** | 153.22 |
| New Transactions |  |
|    Checks and Payments - 1 item | -150.00 |
| Total New Transactions | -150.00 |
| **Ending Balance** | 3.22 |



Page 1

4:24 PM
10/11/18

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank DIP, Period Ending 10/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 341.42 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 21 items** | | | | | | |
| Check | 09/13/2018 | 206 | Cash Sale | X | -450.00 | -450.00 |
| Check | 09/13/2018 | 205 | Silver Star Motors | X | -310.00 | -760.00 |
| Check | 09/16/2018 | | Penn National Insur... | X | -271.20 | -1,031.20 |
| Check | 09/16/2018 | | Penn National Insur... | X | -4.95 | -1,036.15 |
| Check | 09/17/2018 | 207 | Pennella's Landscap... | X | -479.81 | -1,515.96 |
| Check | 09/18/2018 | | American Express | X | -8,670.21 | -10,186.17 |
| Check | 09/18/2018 | | Valley National Bank | X | -15.00 | -10,201.17 |
| Check | 09/20/2018 | 208 | Cash Sale | X | -400.00 | -10,601.17 |
| Check | 09/20/2018 | | Rainmaker Capital o... | X | -175.00 | -10,776.17 |
| Check | 09/27/2018 | | John Hancock Insur... | X | -1,253.83 | -12,030.00 |
| Check | 10/02/2018 | 211 | Jerilyn Nardella | X | -710.14 | -12,740.14 |
| Check | 10/02/2018 | | Rainmaker Manage... | X | -700.00 | -13,440.14 |
| Check | 10/02/2018 | 212 | Jerilyn Nardella | X | -446.96 | -13,887.10 |
| Check | 10/02/2018 | 209 | Cash Sale | X | -400.00 | -14,287.10 |
| Check | 10/02/2018 | 210 | Genesis Car Care | X | -159.94 | -14,447.04 |
| Check | 10/03/2018 | | Nationwide Life Insu... | X | -1,475.00 | -15,922.04 |
| Check | 10/03/2018 | | United Health Care | X | -544.50 | -16,466.54 |
| Check | 10/03/2018 | | AETNA H & L INSU... | X | -225.66 | -16,692.20 |
| Check | 10/04/2018 | | Rainmaker Capital o... | X | -4,300.00 | -20,992.20 |
| Check | 10/05/2018 | 214 | Cash Sale | X | -350.00 | -21,342.20 |
| Check | 10/05/2018 | 215 | Rainmaker Capital o... | X | -200.00 | -21,542.20 |
| Total Checks and Payments | | | | | -21,542.20 | -21,542.20 |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 09/10/2018 | | Michael A Nardella | X | 100.00 | 100.00 |
| Deposit | 09/13/2018 | | Rainmaker Capital o... | X | 1,800.00 | 1,900.00 |
| Deposit | 09/18/2018 | | Michael A Nardella | X | 8,700.00 | 10,600.00 |
| Deposit | 09/19/2018 | | Social Security JAN | X | 1,104.00 | 11,704.00 |
| Deposit | 10/02/2018 | | Group 5 Developme... | X | 10,000.00 | 21,704.00 |
| Total Deposits and Credits | | | | | 21,704.00 | 21,704.00 |
| Total Cleared Transactions | | | | | 161.80 | 161.80 |
| **Cleared Balance** | | | | | 161.80 | 503.22 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/04/2018 | 213 | John Kelly | | -350.00 | -350.00 |
| Total Checks and Payments | | | | | -350.00 | -350.00 |
| Total Uncleared Transactions | | | | | -350.00 | -350.00 |
| **Register Balance as of 10/10/2018** | | | | | -188.20 | 153.22 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/11/2018 | | Rainmaker Capital o... | | -150.00 | -150.00 |
| Total Checks and Payments | | | | | -150.00 | -150.00 |
| Total New Transactions | | | | | -150.00 | -150.00 |
| **Ending Balance** | | | | | -338.20 | 3.22 |





```
JERRY A NARDELLA
40 S MOUNTAIN AVE                           0              Page:              1
MONTCLAIR NJ 07042-1715                                    Chks Paid:        10
                                                           Statement Date: 10/10/18
                                                           Account Number:
                                                                        REDACTED
```

```
***************** VNB Milestone Checking          REDACTED        **********
Non-Check Transactions
    Date   Description                                                    Amount
    09/11  Deposit                                                        100.00
    09/13  TRANSFER                                                     1,800.00
    09/17  BILLMATRIX      BILLPAYFEE                                       4.95-
    09/17  PENN NATIONAL CO BILL PAY                                      271.20-
    09/18  OMAD:20180918B1B7SM1F00025509181                             8,700.00
           ORIG PARTY NAME:MICHAEL NARDELLA
           REF FOR BEN:
    09/18  Wire Transaction Fee                                            15.00-
    09/19  SSA   TREAS 310    XXSOC SEC                                 1,104.00
    09/19  AMEX EPAYMENT     ACH PMT                                    8,670.21-
    09/20  TRANSFER TO CK    XXXXXXXX9308                                 175.00-
    09/27  JHUSA             PAYMENTS                                   1,253.83-
    10/02  TRNSFER FRM CK    XXXXXXXX9332                              10,000.00
    10/02  TRANSFER TO CK    XXXXXXXX9340                                 700.00-
    10/03  NATIONWIDE LIFE   PFX LAN PM                                 1,475.00-
    10/03  AETNA H & L       INS PYMT                                     225.66-
    10/03  UnitedHealthcare PREMIUM                                       544.50-
    10/04  TRANSFER TO CK    XXXXXXXX9308                               4,300.00-

Checks in Order
    Date  Number       Amount         Date  Number        Amount
    09/20   28         400.00         10/10   210         159.94
          *                           10/04   211         710.14
    09/17   205        310.00         10/04   212         446.96
    09/13   206        450.00                *
    09/25   207        479.81         10/05   214         350.00
          *                           10/05   215         200.00
    10/02   209        400.00
         (*) Check Number Missing or Check Converted to  Electronic
             Transaction and Listed Under Non-Check Transactions
```



(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



JERRY A NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715

0

Page: 2

Statement Date: 10/10/18
Account Number:

REDACTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* VNB Milestone Checking    REDACTED    \*\*\*\*\*\*\*\*\*\*\*\*\*

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/10 | 341.42 | 09/19 | 2,324.06 | 10/03 | 6,670.26 |
| 09/11 | 441.42 | 09/20 | 1,749.06 | 10/04 | 1,213.16 |
| 09/13 | 1,791.42 | 09/25 | 1,269.25 | 10/05 | 663.16 |
| 09/17 | 1,205.27 | 09/27 | 15.42 | 10/10 | 503.22 |
| 09/18 | 9,890.27 | 10/02 | 8,915.42 | | |

Account Summary
Previous Statement Date: 09/10/18

| Beginning Balance | + | Deposits | + | Interest Paid | - | Withdrawals | - | Service Charge | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 341.42 | | 21,704.00 | | .00 | | 21,542.20 | | .00 | | 503.22 |

Statement from 09/11/18 Thru 10/10/18
YTD Interest Paid    .00



(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.