UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period:  10/01/2018 - 10/31/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Jerry A Nardella_          11/19/18
Signature of Debtor                Date

_____    _____
Signature of Joint Debtor          Date

_____    _____
Signature of Authorized Individual*    Date

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella   Case No. _____ 17-31934(JKS)
Debtor   Reporting Period: 10/01/2018 - 10/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Total | Cumulative Filing to Date Total |
|---|---|---|
| Cash - Beginning of Month | 15.42 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 48648.88 | |
| **Total Receipts** | 49752.88 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 325 | |
| Insurance   Life Insurance-Nationwide | 1475.00 | |
| Insurance   Life Insurance-John Hancock | 1253.83 | |
| Insurance   Medical-JAN AETNA | 225.66 | |
| Insurance   Silverscript JAN | | |
| Auto Expense | 408.85 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 625.00 | |
| Medical Expenses | | |
| Household Expenses | 1157.10 | |
| Charitable Contributions | | |
| Other Professional | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 402 | |
| Gifts | | |
| Other (attach schedule) | 43880.29 | |
| Total Ordinary Disbursements | 49752.73 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 0.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 49752.73 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 0.15 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 15.57 | |

FORM MOR-1(INDV)
(9/99)



In re _____ Jerry A Nardella                Case No. __17-31934 (JKS)
           Debtor                            Reporting Period: 10/01/2018 - 10/31/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

### Other Income

| Description | Amount | |
|---|---:|---|
| Rainmaker Capital of Wallington LLC | $11,388.88 | |
| Group 5 Development LLC | $37,035.00 | |
| Rainmaker Capital of Fair Lawn LLC | $0.00 | |
| Rainmaker Management LLC | $0.00 | |
| Jerry Nardella | $225.00 | |

### Other Receipts

### Other Ordinary Disbursements

| Description | Amount | |
|---|---:|---|
| Auto Repairs-Parents | $79.97 | |
| AARP - Parents | $544.50 | |
| American Express | $9,512.82 | |
| Jerry Nardella | $950.00 | |
| Rainmaker Capital of Wallington LLC | $19,753.00 | |
| Rainmaker Capital of Fair Lawn LLC | $2,700.00 | |
| Rainmaker Management LLC | $1,300.00 | |
| Michael Nardella - Return of Loan | $9,040.00 | |

### Other Reorganization Expenses

FORM MOR-1 (INDV) (CON'T)
(9/99)

40 South Mountain Avenue                                              11/13/2018 2:01 PM

Register: Valley National Bank DIP
From 10/01/2018 through 10/31/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/02/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | X | 10,000.00 | 10,015.42 |
| 10/02/2018 | | Rainmaker Managem... | Rainmaker Manageme... | To R.Mgmt9340 | 700.00 | X | | 9,315.42 |
| 10/02/2018 | 209 | Cash Sale | BUSINESS:Travel | Mt.Kisco,NY T... | 400.00 | X | | 8,915.42 |
| 10/02/2018 | 210 | Genesis Car Care | -split- | 1/2JAN, 1/2M... | 159.94 | X | | 8,755.48 |
| 10/02/2018 | 211 | Jerilyn Nardella | Miscellaneous | Household exp... | 710.14 | X | | 8,045.34 |
| 10/02/2018 | 212 | Jerilyn Nardella | Miscellaneous | Household exp... | 446.96 | X | | 7,598.38 |
| 10/03/2018 | | Nationwide Life Insu... | Life Insurance | October2018 | 1,475.00 | X | | 6,123.38 |
| 10/03/2018 | | AETNA H & L INS... | Medical/Dental Expense | October2018 | 225.66 | X | | 5,897.72 |
| 10/03/2018 | | United Health Care | Anthony Nardella | Sept Payment | 544.50 | X | | 5,353.22 |
| 10/04/2018 | | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 4,300.00 | X | | 1,053.22 |
| 10/04/2018 | 213 | John Kelly | Improvements | Fence&Upgrade | 350.00 | X | | 703.22 |
| 10/05/2018 | 214 | Cash Sale | -split- | $150JAN,$200... | 350.00 | X | | 353.22 |
| 10/05/2018 | 215 | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 200.00 | X | | 153.22 |
| 10/11/2018 | | Rainmaker Capital of... | Wallington Account | CK1268 Silver... | | X | 328.88 | 482.10 |
| 10/11/2018 | | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 150.00 | X | | 332.10 |
| 10/11/2018 | W1268 | Silver Star Motors | BUSINESS:Travel | Maintenance | 328.88 | X | | 3.22 |
| 10/16/2018 | | Rainmaker Capital of... | Wallington Account | From RMC Wa... | | X. | 10,000.00 | 10,003.22 |
| 10/16/2018 | | American Express | Jerry A Nardella | R6610 | 9,512.82 | X | | 490.40 |
| 10/16/2018 | 216 | John Knee | Maintenance | Dryer Vent Caps | 75.00 | X | | 415.40 |
| 10/17/2018 | | Social Security JAN | Social Security Admini... | October | | X | 1,104.00 | 1,519.40 |
| 10/17/2018 | 217 | Cash Sale | Jerry A Nardella | Cash to Jerry | 400.00 | X | | 1,119.40 |
| 10/18/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5 #... | | X | 9,000.00 | 10,119.40 |
| 10/18/2018 | | Rainmaker Managem... | Rainmaker Manageme... | To R.Mgmt9340 | 600.00 | X | | 9,519.40 |
| 10/18/2018 | 218 | void | Miscellaneous | Voided check ... | | X | | 9,519.40 |
| 10/18/2018 | 219 | void | Miscellaneous | 2017Sewer#69... | | X | | 9,519.40 |
| 10/18/2018 | 220 | Cash Sale | Utilities Expense | Sewer Bill | 325.00 | X | | 9,194.40 |
| 10/22/2018 | | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 9,150.00 | X | | 44.40 |
| 10/24/2018 | | Rainmaker Capital of... | Wallington Account | From RMC Wa... | | X | 200.00 | 244.40 |
| 10/24/2018 | | Borough of Wallington | RMC of Wallington LLC | Paid TaxBalance | 103.00 | X | | 141.40 |
| 10/25/2018 | | Rainmaker Capital of... | Wallington Account | From RMC Wa... | | X | 860.00 | 1,001.40 |
| 10/25/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | X | 35.00 | 1,036.40 |
| 10/25/2018 | | Asbury Park Municip... | BUSINESS:Travel | parking | 2.00 | X | | 1,034.40 |
| 10/26/2018 | | Jerry A Nardella | Jerry A Nardella | Cash Deposit | | X | 225.00 | 1,259.40 |
| 10/27/2018 | | John Hancock Insura... | Life Insurance | October 2018 | 1,253.83 | X | | 5.57 |
| 10/29/2018 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | X | 18,000.00 | 18,005.57 |
| 10/29/2018 | | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 5,850.00 | X | | 12,155.57 |
| 10/29/2018 | | Rainmaker Capital of... | RMC of Fair Lawn LLC | To RMC FL9316 | 2,700.00 | X | | 9,455.57 |
| 10/30/2018 | 222 | Cash Sale | Jerry A Nardella | Cash to Jerry | 400.00 | X | | 9,055.57 |
| 10/31/2018 | 221 | Michael A Nardella | Michael A. Nardella | Return of Loan | 9,040.00 | | | 15.57 |

1:59 PM
11/13/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 11/09/2018

|  | Nov 9, 18 |
|---|---:|
| **Beginning Balance** | 503.22 |
|     Cleared Transactions |  |
|         Checks and Payments - 26 items | -36,353.06 |
|         Deposits and Credits - 13 items | 45,252.88 |
|     Total Cleared Transactions | 8,899.82 |
| **Cleared Balance** | 9,403.04 |
|     Uncleared Transactions |  |
|         Checks and Payments - 1 item | -9,040.00 |
|     Total Uncleared Transactions | -9,040.00 |
| **Register Balance as of 11/09/2018** | 363.04 |
| **Ending Balance** | 363.04 |



1:59 PM
11/13/18

# 40 South Mountain Avenue
## Reconciliation Detail
Valley National Bank DIP, Period Ending 11/09/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 503.22 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 26 items** | | | | | | |
| Check | 10/04/2018 | 213 | John Kelly | X | -350.00 | -350.00 |
| Check | 10/11/2018 | W1268 | Silver Star Motors | X | -328.88 | -678.88 |
| Check | 10/11/2018 | | Rainmaker Capital o... | X | -150.00 | -828.88 |
| Check | 10/16/2018 | | American Express | X | -9,512.82 | -10,341.70 |
| Check | 10/16/2018 | 216 | John Knee | X | -75.00 | -10,416.70 |
| Check | 10/17/2018 | 217 | Cash Sale | X | -400.00 | -10,816.70 |
| Check | 10/18/2018 | | Rainmaker Manage... | X | -600.00 | -11,416.70 |
| Check | 10/18/2018 | 220 | Cash Sale | X | -325.00 | -11,741.70 |
| Check | 10/22/2018 | | Rainmaker Capital o... | X | -9,150.00 | -20,891.70 |
| Check | 10/24/2018 | | Borough of Wallington | X | -103.00 | -20,994.70 |
| Check | 10/25/2018 | | Asbury Park Municip... | X | -2.00 | -20,996.70 |
| Check | 10/27/2018 | | John Hancock Insur... | X | -1,253.83 | -22,250.53 |
| Check | 10/29/2018 | | Rainmaker Capital o... | X | -5,850.00 | -28,100.53 |
| Check | 10/29/2018 | | Rainmaker Capital o... | X | -2,700.00 | -30,800.53 |
| Check | 10/30/2018 | 222 | Cash Sale | X | -400.00 | -31,200.53 |
| Check | 11/01/2018 | 223 | U.S. Trustee | X | -650.00 | -31,850.53 |
| Check | 11/02/2018 | | Penn National Insur... | X | -547.40 | -32,397.93 |
| Check | 11/02/2018 | | United Health Care | X | -544.50 | -32,942.43 |
| Check | 11/02/2018 | 224 | Cash Sale | X | -300.00 | -33,242.43 |
| Check | 11/02/2018 | | Penn National Insur... | X | -4.95 | -33,247.38 |
| Check | 11/03/2018 | | Nationwide Life Insu... | X | -1,475.00 | -34,722.38 |
| Check | 11/03/2018 | | AETNA H & L INSU... | X | -225.66 | -34,948.04 |
| Check | 11/05/2018 | 225 | Cash Sale | X | -200.00 | -35,148.04 |
| Check | 11/06/2018 | 226 | Jerilyn Nardella | X | -405.02 | -35,553.06 |
| Check | 11/08/2018 | 227 | Jerry A Nardella | X | -450.00 | -36,003.06 |
| Check | 11/09/2018 | 228 | Cash Sale | X | -350.00 | -36,353.06 |
| **Total Checks and Payments** | | | | | -36,353.06 | -36,353.06 |
| **Deposits and Credits - 13 items** | | | | | | |
| Deposit | 10/11/2018 | | Rainmaker Capital o... | X | 328.88 | 328.88 |
| Deposit | 10/16/2018 | | Rainmaker Capital o... | X | 10,000.00 | 10,328.88 |
| Deposit | 10/17/2018 | | Social Security JAN | X | 1,104.00 | 11,432.88 |
| Check | 10/18/2018 | 218 | void | X | 0.00 | 11,432.88 |
| Check | 10/18/2018 | 219 | void | X | 0.00 | 11,432.88 |
| Deposit | 10/18/2018 | | Group 5 Developme... | X | 9,000.00 | 20,432.88 |
| Deposit | 10/24/2018 | | Rainmaker Capital o... | X | 200.00 | 20,632.88 |
| Deposit | 10/25/2018 | | Group 5 Developme... | X | 35.00 | 20,667.88 |
| Deposit | 10/25/2018 | | Rainmaker Capital o... | X | 860.00 | 21,527.88 |
| Deposit | 10/26/2018 | | Jerry A Nardella | X | 225.00 | 21,752.88 |
| Deposit | 10/29/2018 | | Group 5 Developme... | X | 18,000.00 | 39,752.88 |
| Deposit | 11/01/2018 | | Rainmaker Capital o... | X | 4,000.00 | 43,752.88 |
| Deposit | 11/06/2018 | | Rainmaker Capital o... | X | 1,500.00 | 45,252.88 |
| **Total Deposits and Credits** | | | | | 45,252.88 | 45,252.88 |
| **Total Cleared Transactions** | | | | | 8,899.82 | 8,899.82 |
| **Cleared Balance** | | | | | 8,899.82 | 9,403.04 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/31/2018 | 221 | Michael A Nardella | | -9,040.00 | -9,040.00 |
| **Total Checks and Payments** | | | | | -9,040.00 | -9,040.00 |
| **Total Uncleared Transactions** | | | | | -9,040.00 | -9,040.00 |
| **Register Balance as of 11/09/2018** | | | | | -140.18 | 363.04 |
| **Ending Balance** | | | | | -140.18 | 363.04 |

Page 1



```
JERRY A NARDELLA
40 S MOUNTAIN AVE                            0           Page:              1
MONTCLAIR NJ 07042-1715                              Chks Paid:            11
                                                 Statement Date:     11/09/18
                                                 Account Number:
```

REDACTED

****************** VNB Milestone Checking    REDACTED    **************

Non-Check Transactions

| Date | Description | | Amount |
|---|---|---|---|
| 10/11 | TRANSFER TO CK | XXXXXXXX9308 | 150.00- |
| 10/16 | TRNSFER FRM CK | XXXXXXXX9308 | 10,000.00 |
| 10/17 | SSA TREAS 310 | XXSOC SEC | 1,104.00 |
| 10/17 | AMEX EPAYMENT | ACH PMT | 9,512.82- |
| 10/18 | TRNSFER FRM CK | XXXXXXXX9332 | 9,000.00 |
| 10/18 | TRANSFER TO CK | XXXXXXXX9340 | 600.00- |
| 10/22 | TRANSFER TO CK | XXXXXXXX9308 | 9,150.00- |
| 10/24 | TRNSFER FRM CK | XXXXXXXX9308 | 200.00 |
| 10/25 | DBT Purchase | ASBURY PARK PAY STAT | 2.00- |
| | ASHBURY PARK NJ | | |
| 10/25 | TRNSFER FRM CK | XXXXXXXX9308 | 860.00 |
| 10/25 | TRNSFER FRM CK | XXXXXXXX9332 | 35.00 |
| 10/26 | Deposit | | 225.00 |
| 10/29 | TRANSFER | | 18,000.00 |
| 10/29 | JHUSA | PAYMENTS | 1,253.83- |
| 10/29 | DBT Purchase | MUNICIPAYLLC SERVICE | 3.00- |
| | PORTLAND ME | | |
| 10/29 | DBT Purchase | BOROUGH OF WALLINGTO | 100.00- |
| | WALLINGTON NJ | | |
| 10/29 | TRANSFER TO CK | XXXXXXXX9308 | 5,850.00- |
| 10/29 | TRANSFER TO CK | XXXXXXXX9316 | 2,700.00- |
| 11/01 | TRNSFER FRM CK | XXXXXXXX9308 | 4,000.00 |
| 11/05 | NATIONWIDE LIFE | PFX LAN PM | 1,475.00- |
| 11/05 | BILLMATRIX | BILLPAYFEE | 4.95- |
| 11/05 | AETNA H & L | INS PYMT | 225.66- |
| 11/05 | UnitedHealthcare PREMIUM | | 544.50- |
| 11/05 | PENN NATIONAL CO BILL PAY | | 547.40- |
| 11/06 | TRNSFER FRM CK | XXXXXXXX9308 | 1,500.00 |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 10/15 | 213 | 350.00 | * | | |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



```
JERRY A NARDELLA                           0            Page:              2
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                          Statement Date:    11/09/18
                                                 Account Number:
                                                                   REDACTED
```

****************** VNB Milestone Checking    ********************

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 10/25 | 216 | 75.00 | 11/07 | 223 | 650.00 |
| 10/17 | 217 | 400.00 | 11/02 | 224 | 300.00 |
|  | * |  | 11/05 | 225 | 200.00 |
| 10/18 | 220 | 325.00 | 11/07 | 226 | 405.02 |
|  | * |  | 11/08 | 227 | 450.00 |
| 10/30 | 222 | 400.00 | 11/09 | 228 | 350.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/10 | 503.22 | 10/24 | 319.40 | 11/05 | 9,758.06 |
| 10/11 | 353.22 | 10/25 | 1,137.40 | 11/06 | 11,258.06 |
| 10/15 | 3.22 | 10/26 | 1,362.40 | 11/07 | 10,203.04 |
| 10/16 | 10,003.22 | 10/29 | 9,455.57 | 11/08 | 9,753.04 |
| 10/17 | 1,194.40 | 10/30 | 9,055.57 | 11/09 | 9,403.04 |
| 10/18 | 9,269.40 | 11/01 | 13,055.57 |  |  |
| 10/22 | 119.40 | 11/02 | 12,755.57 |  |  |

Account Summary
Previous Statement Date: 10/10/18

| Beginning Balance | + Deposits | + Interest Paid | − Withdrawals | − Service Charge | = Ending Balance |
|---|---|---|---|---|---|
| 503.22 | 44,924.00 | .00 | 36,024.18 | .00 | 9,403.04 |

Statement from 10/11/18 Thru 11/09/18
YTD Interest Paid              .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

