UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period: 11/01/2018 - 11/30/2018

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____       12/18/18
Signature of Debtor                      Date

_____       _____
Signature of Joint Debtor                Date

_____       _____
Signature of Authorized Individual*      Date

_____       _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella                                  Case No. _____ 17-31934(JKS)
        Debtor                                                    Reporting Period: 11/01/2018 - 11/30/2018

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 15.57 | |
| Jerry A Nardella account 6648 | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 1104.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 28800.00 | |
| **Total Receipts** | 29904.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 436.01 | |
| Insurance    Life Insurance-Nationwide | 1475.00 | |
| Insurance    Life Insurance-John Hancock | 1253.83 | . |
| Insurance    Medical-JAN AETNA | 225.66 | |
| Insurance Silverscript JAN | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 159.94 | |
| Medical Expenses | | |
| Household Expenses | 1599.36 | |
| Charitable Contributions | | |
| Other Professional | 430.00 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | 2503.67 | |
| Gifts | | |
| Other (attach schedule) | 9529.00 | |
| **Total Ordinary Disbursements** | 17612.47 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 650.00 | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | 650.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 18262.47 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 11641.53 | |
| Cash - End of Month (Must equal reconciled bank statement) | 11657.10 | |

FORM MOR-1(INDV)
(9/99)



In re _____ Jerry A Nardella  
    Debtor

Case No. __17-31934 (JKS)  
Reporting Period:_11/01/2018 - 11/30/2018

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $8,800.00 | |
| Group 5 Development LLC | $20,000.00 | |
| Rainmaker Capital of Fair Lawn LLC | $0.00 | |
| Rainmaker Management LLC | $0.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Auto Insurance-Parents 3 months | $828.55 | |
| AARP - Parents | $544.50 | |
| American Express | $0.00 | |
| Jerry Nardella | $900.00 | |
| Rainmaker Capital of Wallington LLC | $4,405.95 | |
| Rainmaker Capital of Fair Lawn LLC | $750.00 | |
| Rainmaker Management LLC | $2,100.00 | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)  
(9/99)

40 South Mountain Avenue                                                                                12/17/2018 2:28 PM

Register: Valley National Bank DIP
From 11/01/2018 through 11/30/2018
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/01/2018 |  | Rainmaker Capital of... | Wallington Account | From RMC Wa... |  | X | 4,000.00 | 4,015.57 |
| 11/01/2018 | 223 | U.S. Trustee | Professional Fees | Acct1221731934 | 650.00 | X |  | 3,365.57 |
| 11/02/2018 |  | Penn National Insura... | Mary T Nardella | #306597 | 547.40 | X |  | 2,818.17 |
| 11/02/2018 |  | Penn National Insura... | Mary T Nardella | Fee | 4.95 | X |  | 2,813.22 |
| 11/02/2018 |  | United Health Care | Anthony Nardella | AJN AARP | 544.50 | X |  | 2,268.72 |
| 11/02/2018 | 224 | Cash Sale | -split- | Philly,TravelW... | 300.00 | X |  | 1,968.72 |
| 11/03/2018 |  | Nationwide Life Insu... | Life Insurance | November 2018 | 1,475.00 | X |  | 493.72 |
| 11/03/2018 |  | AETNA H & L INS... | Medical/Dental Expense | November 2018 | 225.66 | X |  | 268.06 |
| 11/05/2018 | 225 | Cash Sale | Jerry A Nardella | Cash to Jerry | 200.00 | X |  | 68.06 |
| 11/06/2018 |  | Rainmaker Capital of... | Wallington Account | From RMC Wa... |  | X | 1,500.00 | 1,568.06 |
| 11/06/2018 | 226 | Jerilyn Nardella | Miscellaneous | Household/food | 405.02 | X |  | 1,163.04 |
| 11/08/2018 | 227 | Jerry A Nardella | BUSINESS:Other | WineSnobShoo... | 450.00 | X |  | 713.04 |
| 11/09/2018 | 228 | Cash Sale | BUSINESS:Other | WineSnob | 350.00 | X |  | 363.04 |
| 11/16/2018 | 229 | Cash Sale | -split- | KingKong Bro... | 300.00 | X |  | 63.04 |
| 11/19/2018 |  | Rainmaker Capital of... | Wallington Account | From RMC Wa... |  | X | 1,800.00 | 1,863.04 |
| 11/19/2018 | 230 | Cash Sale | Jerry A Nardella | Cash to Jerry | 700.00 | X |  | 1,163.04 |
| 11/21/2018 |  | Social Security JAN | Security System | November 2018 |  | X | 1,104.00 | 2,267.04 |
| 11/23/2018 |  | SEM Security Systems | Security System | 9/1/18-2/28/19 ... | 159.94 | X |  | 2,107.10 |
| 11/23/2018 |  | Nicola's Ristorante | RMC of Wallington LLC | Goldstein to di... | 55.95 | X |  | 2,051.15 |
| 11/23/2018 |  | NY Bagel II | Miscellaneous |  | 11.50 | X |  | 2,039.65 |
| 11/23/2018 | 231 | DMS Landscaping | Maintenance | snow removal ... | 159.94 | X |  | 1,879.71 |
| 11/26/2018 |  | Rainmaker Capital of... | Wallington Account | From Wallingt... |  | X | 1,500.00 | 3,379.71 |
| 11/26/2018 |  | DELTA | BUSINESS:Travel | gas Travel | 39.51 | X |  | 3,340.20 |
| 11/26/2018 |  | Astor Parking LLC | BUSINESS:Travel | Meg-SmithMa... | 59.00 | X |  | 3,281.20 |
| 11/26/2018 | 232 | Cash Sale | -split- | SmithMade-To... | 600.00 | X |  | 2,681.20 |
| 11/27/2018 |  | Group 5 Developmen... | Jerry A Nardella | From Group5#... |  | X | 20,000.00 | 22,681.20 |
| 11/27/2018 |  | John Hancock Insura... | Life Insurance | November 2018 | 1,253.83 | X |  | 21,427.37 |
| 11/27/2018 |  | COSTCO WHSE | BUSINESS:Other | TV w/Netflix | 405.16 | X |  | 21,022.21 |
| 11/27/2018 |  | Rainmaker Capital of... | RMC of Fair Lawn LLC | To RMC FairL... | 750.00 | X |  | 20,272.21 |
| 11/27/2018 |  | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 4,350.00 | X |  | 15,922.21 |
| 11/27/2018 | 233 | Jerilyn Nardella | Miscellaneous | Reimb:Expens... | 961.21 | X |  | 14,961.00 |
| 11/29/2018 |  | PSE&G Co. | Utilities Expense | Utilities#66583... | 436.01 | X |  | 14,524.99 |
| 11/29/2018 |  | Rainmaker Managem... | Rainmaker Manageme... | Office Expenses | 2,100.00 | X |  | 12,424.99 |
| 11/29/2018 | 234 | Penn National Insura... | Mary T Nardella | AJN Auto Ins | 276.20 | X |  | 12,148.79 |
| 11/30/2018 |  | Key Food Glen Rock | Miscellaneous |  | 43.75 | X |  | 12,105.04 |
| 11/30/2018 |  | Shop Rite | Miscellaneous |  | 17.94 | X |  | 12,087.10 |
| 11/30/2018 |  | Image Makers | BUSINESS:Other | Copies/Photos | 30.00 | X |  | 12,057.10 |
| 11/30/2018 | 235 | Cash Sale | BUSINESS:Other | TV Netflix Inst... | 400.00 | X |  | 11,657.10 |

4:18 PM
12/11/18

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 12/10/2018

|  | Dec 10, 18 |  |
|---|---:|---:|
| **Beginning Balance** |  | 9,403.04 |
| Cleared Transactions |  |  |
|    Checks and Payments - 40 items | -71,980.83 |  |
|    Deposits and Credits - 7 items | 77,404.00 |  |
| Total Cleared Transactions | 5,423.17 |  |
| **Cleared Balance** |  | 14,826.21 |
| Uncleared Transactions |  |  |
|    Checks and Payments - 2 items | -14,437.99 |  |
| Total Uncleared Transactions | -14,437.99 |  |
| **Register Balance as of 12/10/2018** |  | 388.22 |
| **Ending Balance** |  | 388.22 |

Page 1

4:18 PM
12/11/18

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank DIP, Period Ending 12/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 9,403.04 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 40 items** | | | | | | |
| Check | 10/31/2018 | 221 | Michael A Nardella | X | -9,040.00 | -9,040.00 |
| Check | 11/16/2018 | 229 | Cash Sale | X | -300.00 | -9,340.00 |
| Check | 11/19/2018 | 230 | Cash Sale | X | -700.00 | -10,040.00 |
| Check | 11/23/2018 | | SEM Security Syste... | X | -159.94 | -10,199.94 |
| Check | 11/23/2018 | 231 | DMS Landscaping | X | -159.94 | -10,359.88 |
| Check | 11/23/2018 | | Nicola's Ristorante | X | -55.95 | -10,415.83 |
| Check | 11/23/2018 | | NY Bagel II | X | -11.50 | -10,427.33 |
| Check | 11/26/2018 | 232 | Cash Sale | X | -600.00 | -11,027.33 |
| Check | 11/26/2018 | | Astor Parking LLC | X | -59.00 | -11,086.33 |
| Check | 11/26/2018 | | DELTA | X | -39.51 | -11,125.84 |
| Check | 11/27/2018 | | Rainmaker Capital o... | X | -4,350.00 | -15,475.84 |
| Check | 11/27/2018 | | John Hancock Insur... | X | -1,253.83 | -16,729.67 |
| Check | 11/27/2018 | 233 | Jerilyn Nardella | X | -961.21 | -17,690.88 |
| Check | 11/27/2018 | | Rainmaker Capital o... | X | -750.00 | -18,440.88 |
| Check | 11/27/2018 | | COSTCO WHSE | X | -405.16 | -18,846.04 |
| Check | 11/29/2018 | | Rainmaker Manage... | X | -2,100.00 | -20,946.04 |
| Check | 11/29/2018 | | PSE&G Co. | X | -436.01 | -21,382.05 |
| Check | 11/29/2018 | 234 | Penn National Insur... | X | -276.20 | -21,658.25 |
| Check | 11/30/2018 | 235 | Cash Sale | X | -400.00 | -22,058.25 |
| Check | 11/30/2018 | | Key Food Glen Rock | X | -43.75 | -22,102.00 |
| Check | 11/30/2018 | | Image Makers | X | -30.00 | -22,132.00 |
| Check | 11/30/2018 | | Shop Rite | X | -17.94 | -22,149.94 |
| Check | 12/03/2018 | | Nationwide Life Insu... | X | -1,475.00 | -23,624.94 |
| Check | 12/03/2018 | 236 | Cash Sale | X | -500.00 | -24,124.94 |
| Check | 12/03/2018 | | Laboratorio Kitchen ... | X | -284.91 | -24,409.85 |
| Check | 12/03/2018 | | Ariane Kitchen & Bar | X | -184.62 | -24,594.47 |
| Check | 12/03/2018 | | Villa Victoria | X | -78.34 | -24,672.81 |
| Check | 12/03/2018 | | DELTA | X | -39.46 | -24,712.27 |
| Check | 12/03/2018 | | Parkland Cleaners | X | -12.50 | -24,724.77 |
| Check | 12/03/2018 | | NY Bagel II | X | -7.00 | -24,731.77 |
| Check | 12/04/2018 | | American Express | X | -37,358.26 | -62,090.03 |
| Check | 12/04/2018 | | Group 5 Developme... | X | -7,500.00 | -69,590.03 |
| Check | 12/04/2018 | | AETNA H & L INSU... | X | -225.66 | -69,815.69 |
| Check | 12/04/2018 | | DELTA | X | -57.00 | -69,872.69 |
| Check | 12/04/2018 | | Uncorked | X | -11.00 | -69,883.69 |
| Check | 12/04/2018 | | 7-ELEVEN | X | -2.64 | -69,886.33 |
| Check | 12/05/2018 | | AARP Health Options | X | -544.50 | -70,430.83 |
| Check | 12/05/2018 | 238 | John Kelly | X | -300.00 | -70,730.83 |
| Check | 12/06/2018 | | Postmaster | X | -50.00 | -70,780.83 |
| Check | 12/07/2018 | 239 | Cash Sale | X | -1,200.00 | -71,980.83 |
| **Total Checks and Payments** | | | | | -71,980.83 | -71,980.83 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 11/19/2018 | | Rainmaker Capital o... | X | 1,800.00 | 1,800.00 |
| Deposit | 11/21/2018 | | Social Security JAN | X | 1,104.00 | 2,904.00 |
| Deposit | 11/26/2018 | | Rainmaker Capital o... | X | 1,500.00 | 4,404.00 |
| Deposit | 11/27/2018 | | Group 5 Developme... | X | 20,000.00 | 24,404.00 |
| Deposit | 12/03/2018 | | Rainmaker Capital o... | X | 1,000.00 | 25,404.00 |
| Deposit | 12/04/2018 | | Rainmaker Manage... | X | 50,000.00 | 75,404.00 |
| Deposit | 12/05/2018 | | Rainmaker Capital o... | X | 2,000.00 | 77,404.00 |
| **Total Deposits and Credits** | | | | | 77,404.00 | 77,404.00 |
| **Total Cleared Transactions** | | | | | 5,423.17 | 5,423.17 |
| **Cleared Balance** | | | | | 5,423.17 | 14,826.21 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| Check | 12/05/2018 | 237 | Wells Fargo Home ... | | -14,397.44 | -14,397.44 |
| Check | 12/10/2018 | | COSTCO WHSE | | -40.55 | -14,437.99 |
| **Total Checks and Payments** | | | | | -14,437.99 | -14,437.99 |
| **Total Uncleared Transactions** | | | | | -14,437.99 | -14,437.99 |

Page 1

4:18 PM
12/11/18

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank DIP, Period Ending 12/10/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Register Balance as of 12/10/2018 | | | | | -9,014.82 | 388.22 |
| Ending Balance | | | | | -9,014.82 | 388.22 |



```
JERRY A NARDELLA
40 S MOUNTAIN AVE                              0              Page:              1
MONTCLAIR NJ 07042-1715                                   Chks Paid:             10
                                                     Statement Date:       12/10/18
                                                     Account Number:
                                                                         REDACTED
```

****************** VNB Milestone Checking        REDACTED      *********
Non-Check Transactions

| Date | Description | | Amount |
|---|---|---|---|
| 11/19 | TRNSFER FRM CK | XXXXXXXX9308 | 1,800.00 |
| 11/21 | SSA TREAS 310 | XXSOC SEC | 1,104.00 |
| 11/23 | DBT Purchase TOTOWA NJ | NICOLA'S RESTAURANT | 55.95- |
| 11/26 | TRNSFER FRM CK | XXXXXXXX9308 | 1,500.00 |
| 11/27 | JHUSA | PAYMENTS | 1,253.83- |
| 11/27 | DBT Purchase VERONA NJ | NY BAGEL II | 11.50- |
| 11/27 | TRNSFER FRM CK | XXXXXXXX9332 | 20,000.00 |
| 11/27 | TRANSFER TO CK | XXXXXXXX9308 | 4,350.00- |
| 11/27 | TRANSFER TO CK | XXXXXXXX9316 | 750.00- |
| 11/28 | DBT Purchase NEW YORK NY | ASTOR PARKING LLC | 59.00- |
| 11/29 | DBT Purchase CEDAR GROVE NJ | DELTA 23 | 39.51- |
| 11/29 | DBT Purchase WAYNE NJ | COSTCO WHSE #1177 | 405.16- |
| 11/29 | POS Purchase 24 Brown Ave Springfield NJ | PSEG | 436.01- |
| 11/29 | TRANSFER TO CK | XXXXXXXX9340 | 2,100.00- |
| 11/30 | DBT Purchase FAIRLAWN NJ | SHOPRITE FAIRLAWN S1 | 17.94- |
| 11/30 | DBT Purchase GLEN ROCK NJ | KEY FOOD 1950 | 43.75- |
| 12/03 | NATIONWIDE LIFE | PFX LAN PM | 1,475.00- |
| 12/03 | DBT Purchase WARWICK NY | SEM SECURITY | 159.94- |
| 12/04 | AETNA H & L | INS PYMT | 225.66- |
| 12/04 | DBT Purchase WAYNE NJ | IMAGE MAKERS | 30.00- |
| 12/04 | DBT Purchase VERONA NJ | ARIANE KITCHEN & BAR | 184.62- |
| 12/04 | DBT Purchase VERONA NJ | NY BAGEL II | 7.00- |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.





**Valley National Bank**

```
JERRY A NARDELLA                         0              Page:              2
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                         Statement Date:   12/10/18
                                                Account Number:
                                                                  REDACTED
```

****************** VNB Milestone Checking    REDACTED    ***********

**Non-Check Transactions**

| Date | Description |  | Amount |
|---|---|---|---|
| 12/04 | DBT Purchase | DELTA 23 CEDAR GROVE NJ | 57.00- |
| 12/04 | DBT Purchase | LABORATORIO KITCHEN MONTCLAIR NJ | 284.91- |
| 12/04 | DBT Purchase | VILLA VICTORIA MONTCLAIR NJ | 78.34- |
| 12/04 | TRNSFER FRM CK | XXXXXXXX9340 | 50,000.00 |
| 12/04 | TRANSFER TO CK | XXXXXXXX9332 | 7,500.00- |
| 12/05 | PENN NATIONAL IN CHECKPAYMT Check Number: 234 | | 276.20- |
| 12/05 | AMEX EPAYMENT | ACH PMT | 37,358.26- |
| 12/05 | DBT Purchase | PARKLAND CLEANERS MONTCLAIR NJ | 12.50- |
| 12/05 | TRNSFER FRM CK | XXXXXXXX9308 | 2,000.00 |
| 12/06 | DBT Purchase | UNCORKED TOTOWA NJ | 11.00- |
| 12/06 | DBT Purchase | USPS PO 3314250804 CEDAR GROVE NJ | 50.00- |
| 12/07 | UnitedHealthcare PREMIUM | | 544.50- |
| 12/07 | DBT Purchase | 7 ELEVEN 11435 LITTLE FALLS NJ | 2.64- |
| 12/07 | DBT Purchase | DELTA 23 CEDAR GROVE NJ | 39.46- |
| 12/07 | OVER THE PHONE | | 1,000.00 |

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 11/15 | 221 | 9,040.00 | 11/26 | 232 | 600.00 |
|  | * |  | 11/29 | 233 | 961.21 |
| 11/16 | 229 | 300.00 |  | * |  |
| 11/19 | 230 | 700.00 | 11/30 | 235 | 400.00 |
| 11/29 | 231 | 159.94 | 12/03 | 236 | 500.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.





**Valley National Bank®**

```
JERRY A NARDELLA                              0            Page:              3
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715                           Statement Date:      12/10/18
                                                  Account Number:
```

REDACTED

****************** VNB Milestone Checking    REDACTED    ************
Checks in Order
```
        Date  Number        Amount        Date  Number        Amount
              *                            12/07    239      1,200.00
        12/06    238        300.00
```
(*) Check Number Missing or Check Converted to  Electronic
    Transaction and Listed Under Non-Check Transactions

Daily Balance Summary
```
   Date           Balance     Date         Balance     Date         Balance
  11/09         9,403.04     11/26        3,111.09    12/04       51,620.77
  11/15           363.04     11/27       16,745.76    12/05       15,973.81
  11/16            63.04     11/28       16,686.76    12/06       15,612.81
  11/19         1,163.04     11/29       12,584.93    12/07       14,826.21
  11/21         2,267.04     11/30       12,123.24
  11/23         2,211.09     12/03        9,988.30
```

Account Summary
Previous Statement Date: 11/09/18
```
     Beginning                    Interest                Service            Ending
      Balance   +   Deposits  +   Paid   -  Withdrawals -  Charge   =       Balance
     9,403.04      77,404.00        .00      71,980.83       .00          14,826.21
```

Statement from 11/10/18 Thru 12/10/18
YTD Interest Paid            .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.

