UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re   Jerry A Nardella

Case No. 17-31934 (JKS)
Reporting Period: 05/01/2019 - 05/31/2019

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Jerry A Nardella_
Signature of Debtor

Date: 6/18/19

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: _____ Jerry A Nardella
Debtor

Case No. _____ 17-31934(JKS)
Reporting Period: 05/01/2019 - 05/31/2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 39,592.36 |  |
| Jerry A Nardella account 6648 |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| Interest and Dividend Income |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income | 1136.00 |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | 74567.33 |  |
| **Total Receipts** | 75703.33 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities | 1764.2 |  |
| Insurance    Life Insurance-Nationwide | 0.00 |  |
| Insurance    Life Insurance-John Hancock | 0.00 |  |
| Insurance    Life Insurance-PacificLifeInsurance | 3114.63 |  |
| Insurance    Medical-JAN AETNA | 225.66 |  |
| Insurance  Silverscript JAN |  |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance | 2727.33 |  |
| Medical Expenses |  |  |
| Household Expenses | 515.90 |  |
| Charitable Contributions |  |  |
| Other Professional-Legal | 481.28 |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment | 1450.00 |  |
| Gifts | 500.00 |  |
| Other (attach schedule) | 69845.09 |  |
| Total Ordinary Disbursements | 80624.09 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items | 0.00 |  |
| **Total Disbursements (Ordinary + Reorganization)** | 80624.09 |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -4920.76 |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | 34671.60 |  |

FORM MOR-1(INDV)
(9/99)



In re: Jerry A Nardella, Debtor

Case No. 17-31934 (JKS)
Reporting Period: 05/01/2019 - 05/31/2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Rainmaker Capital of Wallington LLC | $8,500.00 | |
| Group 5 Development LLC | $65,500.00 | |
| Michael Nardella - reimbursement | $567.33 | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| AARP - Mother 1 month | $277.75 | |
| PennNationalIns- Auto Mother | $281.15 | |
| American Express | $10,586.19 | |
| Jerry Nardella | $300.00 | |
| Group 5 Development LLC | $49,400.00 | |
| Rainmaker Capital of Wallington LLC | $9,000.00 | |
| Rainmaker Management LLC | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)



40 South Mountain Avenue

6/12/2019 2:18 PM

Register: Valley National Bank DIP
From 05/01/2019 through 05/31/2019
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 05/01/2019 | 295 | Cash Sale | Jerry A Nardella | Cash to Jerry | 300.00 | X | | 39,292.36 |
| 05/02/2019 | | Group 5 Developmen... | Jerry A Nardella | To Group5#9332 | 24,000.00 | X | | 15,292.36 |
| 05/03/2019 | | AETNA H & L INS... | Medical/Dental Expense | May2019 | 225.66 | X | | 15,066.70 |
| 05/06/2019 | | Group 5 Developmen... | Jerry A Nardella | To Group5#9332 | 400.00 | X | | 14,666.70 |
| 05/07/2019 | 296 | Jerilyn Nardella | Miscellaneous | wedding Jamie... | 500.00 | | | 14,166.70 |
| 05/07/2019 | 297 | Cash Sale | BUSINESS:Other:Smit... | SmithMade | 500.00 | X | | 13,666.70 |
| 05/09/2019 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | X | 40,000.00 | 53,666.70 |
| 05/09/2019 | | Rainmaker Capital of... | Wallington Account | From Wallingt... | | X | 6,000.00 | 59,666.70 |
| 05/10/2019 | | Group 5 Developmen... | Jerry A Nardella | Consulting Fee... | 25,000.00 | X | | 34,666.70 |
| 05/10/2019 | 298 | Cash Sale | BUSINESS:Other:Smit... | SmithMade Ex... | 300.00 | X | | 34,366.70 |
| 05/13/2019 | | Pacific Life Insurance | Life Insurance | 2L00164030 | 3,114.63 | | | 31,252.07 |
| 05/13/2019 | | American Express | Jerry A Nardella | R9994 | 10,586.19 | | | 20,665.88 |
| 05/13/2019 | | Rainmaker Capital of... | Wallington Account | To RMC Walli... | 9,000.00 | | | 11,665.88 |
| 05/15/2019 | | Social Security JAN | Social Security Admini... | May2019 | | | 1,136.00 | 12,801.88 |
| 05/15/2019 | 299 | Pennella's Landscape... | Landscaping | Inv.202935Spri... | 1,727.33 | | | 11,074.55 |
| 05/15/2019 | 300 | DannLaw | Legal Fee | Bill#23606 Ap... | 481.28 | | | 10,593.27 |
| 05/17/2019 | 301 | Cash Sale | BUSINESS:Other:Win... | Trip to Philly | 400.00 | | | 10,193.27 |
| 05/21/2019 | 302 | Frank Capria Plumbi... | Improvements | Mike's Bedroo... | 400.00 | | | 9,793.27 |
| 05/21/2019 | 303 | Cash Sale | -split- | $200SteamClea... | 450.00 | | | 9,343.27 |
| 05/22/2019 | 304 | void | BUSINESS:Office | Void - MN | | | | 9,343.27 |
| 05/23/2019 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | | 5,500.00 | 14,843.27 |
| 05/23/2019 | | Rainmaker Capital of... | Wallington Account | From RMC Wa... | | | 2,500.00 | 17,343.27 |
| 05/23/2019 | | Michael A Nardella | Michael A. Nardella | Reimbursement | | | 567.33 | 17,910.60 |
| 05/24/2019 | 306 | John Kelly | Improvements | Outside Lighting | 400.00 | | | 17,510.60 |
| 05/25/2019 | 307 | Jerilyn Nardella | Miscellaneous | Household Rei... | 515.90 | | | 16,994.70 |
| 05/25/2019 | 308 | Montclair Water Bur... | Utilities Expense | 4ht 2018 & 1st... | 195.31 | | | 16,799.39 |
| 05/25/2019 | 309 | Montclair Sewer Util... | Utilities Expense | 2018 & 1/2 2019 | 1,568.89 | | | 15,230.50 |
| 05/28/2019 | | Penn National Insura... | Mary T Nardella | Mom's Car Ins... | 276.20 | | | 14,954.30 |
| 05/28/2019 | | Penn National Insura... | Mary T Nardella | fee | 4.95 | | | 14,949.35 |
| 05/28/2019 | | AARP Health Options | Mary T Nardella | June2019Refl-... | 277.75 | | | 14,671.60 |
| 05/29/2019 | | Group 5 Developmen... | Jerry A Nardella | From Group5#... | | | 20,000.00 | 34,671.60 |



Page 1

4:09 PM
06/12/19

# 40 South Mountain Avenue
## Reconciliation Summary
### Valley National Bank DIP, Period Ending 06/10/2019

|  | Jun 10, 19 |
|---|---:|
| **Beginning Balance** | 34,866.70 |
|   Cleared Transactions |  |
|     Checks and Payments - 27 items | -95,612.13 |
|     Deposits and Credits - 7 items | 69,203.33 |
|   Total Cleared Transactions | -26,408.80 |
| **Cleared Balance** | 8,457.90 |
|   Uncleared Transactions |  |
|     Checks and Payments - 1 item | -15.00 |
|   Total Uncleared Transactions | -15.00 |
| **Register Balance as of 06/10/2019** | 8,442.90 |
|   New Transactions |  |
|     Checks and Payments - 1 item | -3,114.63 |
|   Total New Transactions | -3,114.63 |
| **Ending Balance** | 5,328.27 |

Page 1

4:09 PM
06/12/19

# 40 South Mountain Avenue
## Reconciliation Detail
### Valley National Bank DIP, Period Ending 06/10/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 34,866.70 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 27 Items** | | | | | | |
| Check | 05/07/2019 | 296 | Jerilyn Nardella | X | -500.00 | -500.00 |
| Check | 05/13/2019 | | American Express | X | -10,586.19 | -11,086.19 |
| Check | 05/13/2019 | | Rainmaker Capital o... | X | -9,000.00 | -20,086.19 |
| Check | 05/13/2019 | | Pacific Life Insurance | X | -3,114.63 | -23,200.82 |
| Check | 05/15/2019 | 299 | Pennella's Landscap... | X | -1,727.33 | -24,928.15 |
| Check | 05/15/2019 | 300 | DannLaw | X | -481.28 | -25,409.43 |
| Check | 05/17/2019 | 301 | Cash Sale | X | -400.00 | -25,809.43 |
| Check | 05/21/2019 | 303 | Cash Sale | X | -450.00 | -26,259.43 |
| Check | 05/21/2019 | 302 | Frank Capria Plumbi... | X | -400.00 | -26,659.43 |
| Check | 05/24/2019 | 306 | John Kelly | X | -400.00 | -27,059.43 |
| Check | 05/25/2019 | 309 | Montclair Sewer Utility | X | -1,568.89 | -28,628.32 |
| Check | 05/25/2019 | 307 | Jerilyn Nardella | X | -515.90 | -29,144.22 |
| Check | 05/25/2019 | 308 | Montclair Water Bur... | X | -195.31 | -29,339.53 |
| Check | 05/28/2019 | | AARP Health Options | X | -277.75 | -29,617.28 |
| Check | 05/28/2019 | | Penn National Insur... | X | -276.20 | -29,893.48 |
| Check | 05/28/2019 | | Penn National Insur... | X | -4.95 | -29,898.43 |
| Check | 06/03/2019 | | Rainmaker Capital o... | X | -19,500.00 | -49,398.43 |
| Check | 06/03/2019 | | AETNA H & L INSU... | X | -225.66 | -49,624.09 |
| Check | 06/04/2019 | | SYNCHRONY BAN... | X | -3,216.00 | -52,840.09 |
| Check | 06/04/2019 | | COSTCO WHSE | X | -63.97 | -52,904.06 |
| Check | 06/05/2019 | 305 | Tobin & Collins, C.P... | X | -25,000.00 | -77,904.06 |
| Check | 06/05/2019 | 310 | ABDY & KANE, P.C. | X | -1,541.77 | -79,445.83 |
| Check | 06/05/2019 | 311 | Cash Sale | X | -400.00 | -79,845.83 |
| Check | 06/06/2019 | | John's Automotive Inc. | X | -1,002.28 | -80,848.11 |
| Check | 06/06/2019 | | Group 5 Developme... | X | -1,000.00 | -81,848.11 |
| Check | 06/06/2019 | | Rainmaker Manage... | X | -350.00 | -82,198.11 |
| Check | 06/10/2019 | | American Express | X | -13,414.02 | -95,612.13 |
| **Total Checks and Payments** | | | | | -95,612.13 | -95,612.13 |
| **Deposits and Credits - 7 items** | | | | | | |
| Deposit | 05/15/2019 | | Social Security JAN | X | 1,136.00 | 1,136.00 |
| Check | 05/22/2019 | 304 | void | X | | 1,136.00 |
| Deposit | 05/23/2019 | | Michael A Nardella | X | 567.33 | 1,703.33 |
| Deposit | 05/23/2019 | | Rainmaker Capital o... | X | 2,500.00 | 4,203.33 |
| Deposit | 05/23/2019 | | Group 5 Developme... | X | 5,500.00 | 9,703.33 |
| Deposit | 05/29/2019 | | Group 5 Developme... | X | 20,000.00 | 29,703.33 |
| Deposit | 06/05/2019 | | Group 5 Developme... | X | 39,500.00 | 69,203.33 |
| **Total Deposits and Credits** | | | | | 69,203.33 | 69,203.33 |
| **Total Cleared Transactions** | | | | | -26,408.80 | -26,408.80 |
| **Cleared Balance** | | | | | -26,408.80 | 8,457.90 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 06/06/2019 | 312 | Priests of the Sacre... | | -15.00 | -15.00 |
| **Total Checks and Payments** | | | | | -15.00 | -15.00 |
| **Total Uncleared Transactions** | | | | | -15.00 | -15.00 |
| **Register Balance as of 06/10/2019** | | | | | -26,423.80 | 8,442.90 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 06/13/2019 | | Pacific Life Insurance | | -3,114.63 | -3,114.63 |
| **Total Checks and Payments** | | | | | -3,114.63 | -3,114.63 |
| **Total New Transactions** | | | | | -3,114.63 | -3,114.63 |
| **Ending Balance** | | | | | -29,538.43 | 5,328.27 |





JERRY A NARDELLA
40 S MOUNTAIN AVE
MONTCLAIR NJ 07042-1715

0

Page: 1
Chks Paid: 13
Statement Date: 06/10/19
Account Number: REDACTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* VNB Milestone Checking    REDACTED    \*\*\*\*\*\*\*\*\*\*\*

Non-Check Transactions

| Date | Description | | Amount |
|---|---|---|---|
| 05/13 | TRANSFER TO CK | XXXXXXXX9308 | 9,000.00- |
| 05/14 | PAC-LIFE-LYN-INF | INSURANCE | 3,114.63- |
| 05/14 | AMEX EPAYMENT | ACH PMT | 10,586.19- |
| 05/15 | SSA TREAS 310 | XXSOC SEC | 1,136.00 |
| 05/23 | SYNCHRONY BANK | P2P | 567.33 |
| | ID: MICHAEL NARDELL | | |
| 05/23 | TRNSFER FRM CK | XXXXXXXX9332 | 5,500.00 |
| 05/23 | TRNSFER FRM CK | XXXXXXXX9308 | 2,500.00 |
| 05/29 | BILLMATRIX | BILLPAYFEE | 4.95- |
| 05/29 | PENN NATIONAL CO | BILL PAY | 276.20- |
| 05/29 | TRNSFER FRM CK | XXXXXXXX9332 | 20,000.00 |
| 05/30 | UnitedHealthcare | PREMIUM | 277.75- |
| 06/03 | TRANSFER TO CK | XXXXXXXX9308 | 19,500.00- |
| 06/04 | AETNA H & L | INS PYMT | 225.66- |
| 06/04 | SYNCHRONY BANK | TRANSFER | 3,216.00- |
| 06/05 | TRNSFER FRM CK | XXXXXXXX9332 | 39,500.00 |
| 06/06 | TRANSFER TO CK | XXXXXXXX9332 | 1,000.00- |
| 06/06 | TRANSFER TO CK | XXXXXXXX9340 | 350.00- |
| 06/07 | DBT Purchase | WWW COSTCO COM | 63.97- |
| | 800-955-2292 WA | | |
| 06/07 | DBT Purchase | JOHNS AUTOMOTIVE INC | 1,002.28- |
| | MONTCLAIR NJ | | |
| 06/10 | AMEX EPAYMENT | ACH PMT | 13,414.02- |

Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 05/23 | 296 | 500.00 | 05/21 | 303 | 450.00 |
| | \* | | | \* | |
| 05/21 | 299 | 1,727.33 | 06/10 | 305 | 25,000.00 |
| 05/22 | 300 | 481.28 | 05/28 | 306 | 400.00 |
| 05/17 | 301 | 400.00 | 05/29 | 307 | 515.90 |
| 05/22 | 302 | 400.00 | 06/03 | 308 | 195.31 |

(\*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



**Valley National Bank**

JERRY A NARDELLA  
40 S MOUNTAIN AVE  
MONTCLAIR NJ 07042-1715

0

Page: 2

Statement Date: 06/10/19  
Account Number: REDACTED

****************** VNB Milestone Checking    REDACTED    ................

**Checks in Order**

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 06/03 | 309 | 1,568.89 | 06/05 | 311 | 400.00 |
| 06/10 | 310 | 1,541.77 | | | |

**Daily Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/10 | 34,866.70 | 05/22 | 9,843.27 | 06/04 | 11,729.94 |
| 05/13 | 25,866.70 | 05/23 | 17,910.60 | 06/05 | 50,829.94 |
| 05/14 | 12,165.88 | 05/28 | 17,510.60 | 06/06 | 49,479.94 |
| 05/15 | 13,301.88 | 05/29 | 36,713.55 | 06/07 | 48,413.69 |
| 05/17 | 12,901.88 | 05/30 | 36,435.80 | 06/10 | 8,457.90 |
| 05/21 | 10,724.55 | 06/03 | 15,171.60 | | |

**Account Summary**  
Previous Statement Date: 05/10/19

| Beginning Balance | + Deposits | + Interest Paid | - Withdrawals | - Service Charge | = Ending Balance |
|---|---|---|---|---|---|
| 34,866.70 | 69,203.33 | .00 | 95,612.13 | .00 | 8,457.90 |

Statement from 05/11/19 Thru 06/10/19  
YTD Interest Paid        .00

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.